AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Matthew Rinaudo and Mizkif Enterprises LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-CV-01773 |
| Emily Beth Schunk, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

J. Collin Spring                                                                                               .

Date:      11/02/2025

/s/ J. Collin Spring
*Attorney's signature*

J. Collin Spring; SBN 24118989
*Printed name and bar number*

BURKE BOGDANOWICZ PLLC
1201 Elm Street, Suite 4000
Dallas, Texas 75270

*Address*

jspring@burkebog.com
*E-mail address*

(214) 888-2824
*Telephone number*

(214) 888-2824
*FAX number*