AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Matthew Rinaudo and Mizkif Enterprises LLC ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-CV-01773 |
| Emily Beth Schunk, et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

J. Hunter Ralston                                                                                                                    .

Date:    11/02/2025                                                             /s/ J. Hunter Ralston
                                                                                          *Attorney's signature*

                                                                          J. Hunter Ralston; SBN 24132460
                                                                              *Printed name and bar number*

                                                                              BURKE BOGDANOWICZ PLLC
                                                                              1201 Elm Street, Suite 4000
                                                                              Dallas, Texas 75270

                                                                                          *Address*

                                                                              hralston@burkebog.com
                                                                                      *E-mail address*

                                                                                   (214) 888-2824
                                                                                   *Telephone number*

                                                                                   (214) 888-2824
                                                                                       *FAX number*