IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC, | § § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Case No. 1:25-CV-01773 |
| EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC., | | |
| Defendants. | | |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Matthew Rinaudo and Miskif Enterprises LLC, ("Plaintiffs"), hereby submit this Certificate of Interested Parties as follows:

To the best of Plaintiffs' knowledge and belief, the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

1. Plaintiff **Matthew Rinaudo**;

2. Plaintiff **Mizkif Enterprises LLC;**

3. Defendant **Emily Beth Schunk;**

4. Defendant **Zack Hoyt;**

5. Defendant **OTK Media Inc. d/b/a One True King**, including its

nonparty owners:

a. Tiam Esfandiari;

b. Nick Polom; and

c. Mohammed Arabikatbi.

6. Defendant **Mythic Talent Management, Inc.**; and

7. Defendant **King Gaming Labs, Inc.**

To the best of Plaintiffs' knowledge, there are no additional parties, persons, or entities that are financially interested in the outcome of this litigation at this time. The undersigned have no financial interest in the outcome of this litigation.

Dated: November 5, 2025

Respectfully submitted,

**BURKE BOGDANOWICZ PLLC**

**AARON J. BURKE**
Texas Bar No. 24073977
*aaron@burkebog.com*
**J. COLLIN SPRING**
Texas Bar No. 24118989
*jspring@burkebog.com*
**ALEXIA P. NICOLOULIAS**
Texas Bar No. 24125817
*anicoloulias@burkebog.com*
**J. HUNTER RALSTON**
Texas Bar No. 24132460
*hralston@burkebog.com*

1201 Elm Street, Suite 4000
Dallas, Texas 75270
Tel/Fax 214.888.2824

**ATTORNEYS FOR PLAINTIFFS MATTHEW RINAUDO AND MIZKIF ENTERPRISES LLC**