AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| MATTHEW RINAUDO and MIZKIF ENTERPRISES ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-CV-01773 |
| EMILY BETH SCHUNK, ZACK HOYT, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OTK Media, Inc. d/b/a One True King; Mythic Talent Management, Inc. and King Gaming Labs, Inc.    .

Date:    11/13/2025

/s/ Jennifer S. Freel
*Attorney's signature*

Jennifer S. Freel No. 24051327
*Printed name and bar number*
Jackson Walker LLP
100 Congress Ave., Suite 1100
Austin, TX 78701

*Address*

jfreel@jw.com
*E-mail address*

(512) 236-2330
*Telephone number*

(512) 236-2002
*FAX number*