UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MATTHEW RINAUDO and MIZKIF
ENTERPRISES, LLC,

-vs-

Case No.: 1:25-CV-01773

EMILY BETH SCHUNK, ZACK HOYT, OTK
MEDIA INC. d/b/a ONE TRUE KING, MYTHIC
TALENT MANAGEMENT INC. and KING GAMING LABS, INC.

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Steven L. Eychner, Esq., applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent OTK MEDIA INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

    Newman & Lickstein, LLP, with offices at 109 South Warren Street, Suite 404,

    Syracuse, New York 13202.

    | | |
    |---|---|
    | Mailing address: | 109 South Warren Street, Suite 404 |
    | City, State, Zip Code: | Syracuse, New York 13202 |
    | Telephone: | (315)422-1172 |
    | Facsimile: | (315)422-1400 |
    | Email: | seychner@newmanlickstein.com |

2. Since February 3, 2020, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 5752092.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| New York State Courts | February 3, 2020 |
|  |  |
|  |  |
|  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice): N/A

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below: N/A

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses): N/A

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   | | |
   |---|---|
   | Co-counsel: | **Jennifer Freel** |
   | Mailing address: | **100 Congress Avenue, Suite 1100** |
   | City, State, Zip Code: | **Austin, TX 78701** |
   | Telephone: | **(512)236-2330** |

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Steven L. Eychner, Esq. to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_Steven L. Eychner, Esq._
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __13th__ day of __November__, __2025__.

_Steven L. Eychner, Esq._
[printed name of Applicant]

_____
[signature of Applicant]