**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

**MATTHEW RINAUDO and MIZKIF
ENTERPRISES, LLC,**

-vs-

**Case No.** 1:25-CV-01773

**EMILY BETH SCHUNK, ZACK HOYT, OTK
MEDIA INC. d/b/a ONE TRUE KING, MYTHIC
TALENT MANAGEMENT INC. and KING GAMING LABS, INC.**

## O R D E R

BE IT REMEMBERED on this the ___14th___ day of ___November___, 20 25 , there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Wesley Lorne Gerrie, Esq. ("Applicant"), counsel for OTK MEDIA INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of OTK MEDIA INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC., in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court.**

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE