UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Matthew Rinaudo, Mizkif Enterprises LLC | § | |
| | § | |
| vs. | § | NO:  AU:25-CV-01773-RP |
| | § | |
| Emily Beth Schunk, Zack Hoyt, OTK Media | § | |
| Inc., Mythic Talent Management, Inc., King | | |
| Gaming Labs, Inc. | | |

O R D E R

**BE IT REMEMBERED** on  this  the  1st day of December, 2025, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Dean J. DiPilato, counsel for  King Gaming Labs, Inc., Mythic Talent Management, Inc., and  OTK Media Inc. and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Dean J. DiPilato may appear on behalf of King Gaming Labs, Inc., Mythic Talent Management, Inc., and  OTK Media Inc. in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:   Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 1st day of December, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE