# Exhibit A

**Video titled "2025.11.11 Emiru - Just Chatting - HELLO".**

*Video to be filed traditionally, per Court's request.*