**burke bogdanowicz**

RECEIVED
DEC 12 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

J. Collin Spring
jspring@burkebog.com
1201 Elm Street, Suite 4000
Dallas, Texas 75270
972.928.2811

FILED
DEC 12 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY

December 11, 2025

**VIA FEDEX**
U.S. District Clerk's Office
501 West Fifth Street, Suite 1100
Austin, Texas 78701

RE:  Case No. 1:25-CV-01773; *Matthew Rinaudo, et al. vs. Emily Beth Schunk, et al.*; in the United States District Court for the Western District of Texas, Austin Division

Dear Honorable Clerk,

Enclosed is the flash drive containing the Video File marked as Exhibit A to *Plaintiffs' Notice of Intent to Seek Spoliation Instruction* electronically-filed in the above-referenced matter. We kindly request that the Exhibit be included in the Court's file for this matter.

Thank you for your attention to this matter. Please let us know if you have any questions.

Respectfully submitted,

J. Collin Spring
Associate, Burke Bogdanowicz PLLC

CC:  Counsel of Record

1







