# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **MATTHEW RINAUDO and MIZKIF** | § | |
| **ENTERPRISES, LLC,** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Case No. 1:25-CV-01773** |
| | § | |
| **EMILY BETH SCHUNK, ZACK** | § | |
| **HOYT, OTK MEDIA INC. d/b/a** | § | |
| **ONE TRUE KING, MYTHIC** | § | |
| **TALENT MANAGEMENT INC. and** | § | |
| **KING GAMING LABS, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

**AFFIDAVIT OF WILLIAM LUCAS IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) ss.: |
| COUNTY OF WILLIAMSON | ) |

William Lucas, pursuant to 28 U.S.C. §1746, states the following under the penalty of perjury:

1.  I am over 18 years of age, of sound mind and otherwise competent to make this Affidavit.

2.  The statements set forth in this Affidavit are based upon my personal knowledge, information provided to me in the ordinary course of business, and my review of business records maintained by Mythic Talent Management Inc. ("Mythic").

3.  I am the Chief Executive Officer of Defendant Mythic Talent Management Inc. and have served in that role since the formation of the company in December, 2022. In that capacity, I am

1

Document Ref: WFNVJ-S7A5J-ZG7CA-MVRAL

responsible for overseeing Mythic's talent representation activities and its contractual relationships with clients, including the agreements at issue in this action.

4.      As such, I am familiar with Mythic's operations and the matters described in this Affidavit.

5.      I submit this Affidavit in support of the motion by Mythic Talent Management Inc., OTK Media, Inc., and King Gaming Labs, Inc. (collectively, the "Moving Defendants") to compel arbitration of Plaintiffs' claims against Mythic and to stay Plaintiffs' claims against the Moving Defendants pending a final resolution of the arbitrable claims.

6.      This Affidavit is submitted to provide background and context regarding Mythic's contractual relationship with Plaintiffs and in support of the Moving Defendants' Motion to Compel Arbitration and Stay Litigation.  It is not intended to put disputed factual issues before the Court, and all defenses and rights are preserved.

7.      Mythic is in the business of talent representation in the gaming, esports, streaming, and content creation industries.  Mythic represented Plaintiffs from approximately January 2023 to November 2025.

8.      On or about January 2, 2023, Plaintiffs entered into a written representation agreement with Mythic (the "Representation Agreement"), pursuant to which Mythic agreed to serve as Plaintiffs' exclusive agent to manage, develop, negotiate, organize, and administer income-producing opportunities and activities within the digital media, gaming, content creation, and entertainment industries.

9.      The Representation Agreement contains a broad and mandatory arbitration provision requiring that all disputes and controversies of every kind and nature whatsoever arising out of, or in connection with, Mythic's representation of Plaintiffs be resolved through binding arbitration.

Document Ref: WFNVJ-S7A5J-ZG7CA-MVRAL

10.    The Representation Agreement further provides that it is governed by the laws of the State of Texas and contemplates performance involving interstate commerce, including the provision of representation services, communications with third-party business partners, and the receipt and distribution of compensation across state lines.

11.    Plaintiffs' claims against Mythic in this action arise directly from Mythic's representation of Plaintiffs and from rights and obligations governed by the Representation Agreement.

12.    Mythic has not waived its right to arbitration and is prepared to arbitrate Plaintiffs' claims in accordance with the terms of the Representation Agreement.

13.    It is my understanding that resolution of Plaintiffs' claims against Mythic in arbitration will necessarily involve factual issues that overlap with, and bear directly on, the claims asserted against the other Moving Defendants, as described more fully in the accompanying affidavits and memorandum of law.

14.    I respectfully request that the Court accept this Affidavit in support of the Moving Defendants' Motion to Compel Arbitration and Stay Litigation.

15.    I declare under penalty of perjury that the foregoing is true and correct.


Dated: December 22, 2025                                    _William Lucas_
                                                   _____
                                                            William Lucas

3

Document Ref: WFNVJ-S7A5J-ZG7CA-MVRAL

# CERTIFICATE *of* SIGNATURE

REF. NUMBER
WFNVJ-S7A5J-ZG7CA-MVRAL

DOCUMENT COMPLETED BY ALL PARTIES ON
22 DEC 2025 23:58:28
UTC

| SIGNER | TIMESTAMP | SIGNATURE |
|--------|-----------|-----------|

**WILLIAM**

EMAIL
WILLIAM@MYTHICTALENT.COM

SENT
22 DEC 2025 23:58:27

SIGNED
22 DEC 2025 23:58:28

*William Lucas*

IP ADDRESS
99.47.180.194

LOCATION
LEANDER, UNITED STATES

