**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC,** | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Case No. 1:25-CV-01773-RP |
| **EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC.,** | § § § § § § § | |
| **Defendants.** | § | |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION
AND STAYING CLAIMS AGAINST DEFENDANTS OTK, MYTHIC, AND KING**

Defendants OTK Media, Inc. ("OTK"), Mythic Talent Management Inc. ("Mythic"), and King Gaming Labs, Inc. ("King") (collectively, the "Moving Defendants") moved for an Order compelling arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq. and a stay of certain claims in this case (Doc. 17). Moving Defendants sought to compel arbitration of the claims (Count 3) asserted by plaintiffs Matthew Rinaudo and Mizkif Enterprises, LLC (collectively, "Plaintiffs") against Mythic and to stay Plaintiffs' remaining claims (Counts 1 and 3) against OTK and King pending a decision on the instant Motion and, if applicable, issuance of a final arbitration award.

After considering the Motion, any response thereto, legal authority, and arguments of counsel, the Court **FINDS** that the arbitration clause in the Representation Agreement requires that the claim against Mythic be decided in arbitration. It also **FINDS** that the claims against OTK and

King are inextricably intertwined with the arbitrable claim. The Court, therefore, **GRANTS** the Moving Defendants' requested relief.

It further **ORDERS** the following:

1) The Plaintiffs and Mythic are hereby ordered to participate in an arbitration as set forth in the Representation Agreement of the claim asserted against Mythic in Count 3;

2) The Plaintiffs' claim against Mythic in Count 3 is hereby stayed until a final arbitration award is entered; and

3) The Plaintiffs claims against OTK and King in Counts 1 and 3 are hereby stayed until a final arbitration award is entered.

**SIGNED** on _____.

_____
Robert Pitman
United States District Judge