UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MATTHEW RINAUDO and § <br> MIZKIF ENTERPRISES, LLC, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> EMILY BETH SCHUNK, ZACK § <br> HOYT, OTK MEDIA, INC. d/b/a § <br> ONE TRUE KING, MYTHIC § <br> TALENT MANAGEMENT INC. § <br> and KING GAMING LABS, INC., § <br> § <br> Defendants. § | Case No. 1:25-cv-01773-RP |

## NOTICE OF APPEARANCE

COMES NOW David Austin R. Nimocks, and hereby enters his appearance as counsel on behalf of Defendant, Zack Hoyt.

| | |
|---|---|
| DATED: January 8, 2026 | Respectfully submitted,<br><br>*/s/ Austin R. Nimocks*<br>Austin R. Nimocks<br>Texas Bar No. 24002695<br>austin@pntlawfirm.com<br><br>Christopher L. Peele<br>Texas Bar No. 24013308<br>chris@pntlawfirm.com<br><br>Cleve W. Doty<br>Texas Bar No. 24069627<br>cleve@pntlawfirm.com<br><br>**PNT Law Firm**<br>206 Wild Basin Rd. S.<br>Bldg. A, Ste. 206<br>Austin, TX 78746<br>Phone: (512) 522-4893<br>Fax: (512) 522-4893<br><br>**COUNSEL FOR DEFENDANT, ZACK HOYT** |

## **CERTIFICATE OF SERVICE**

I certify that on January 8, 2026, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

>Aaron J. Burke
>Burke Bogdanowicz PLLC
>1201 Elm St., Ste. 4000
>Dallas, TX 75270
>(512) 507-4097
>aaron@burkebog.com

*Counsel for Plaintiffs*

>J. Collin Spring
>Burke Bogdanowicz PLLC
>1201 Elm St., Ste. 4000
>Dallas, TX 75270
>(512) 507-4097
>jspring@burkebog.com

*Counsel for Plaintiffs*

>Alexia P. Nicoloulias
>Burke Bogdanowicz PLLC
>1201 Elm St., Ste. 4000
>Dallas, TX 75270
>(512) 507-4097
>anicoloulias@burkebog.com

*Counsel for Plaintiffs*

>J. Hunter Ralston
>Burke Bogdanowicz PLLC
>1201 Elm Street, Suite 4000
>Dallas, Texas 75270
>(512) 507-4097
>hralston@burkebog.com

*Counsel for Plaintiffs*

Jennifer S. Freel
Jackson Walker
100 Congress Ave., Ste. 1100
Austin, TX 78701
(512) 739-8414
(512) 236-2002 (fax)
jfreel@jw.com

*Counsel for Defendants, OTK Media, Inc. d/b/a One True King, Mythic Talent Management Inc., and King Gaming Labs, Inc.*

Steven L. Eychner
Newman & Lickstein, LLP
109 S. Warrant St., Ste. 404
Syracuse NY 13202
(315) 422-1172
seychner@newmanlickstein.com

*Counsel for Defendants, OTK Media, Inc. d/b/a One True King, Mythic Talent Management Inc., and King Gaming Labs, Inc.*

Wesley Lome Gerrie
Newman & Lickstein, LLP
109 S. Warrant St., Ste. 404
Syracuse, NY 13202
(315) 422-1172
wgerrie@newmanlickstein.com

*Counsel for Defendants, OTK Media, Inc. d/b/a One True King, Mythic Talent Management Inc., and King Gaming Labs, Inc.*

I further certify that a copy of the foregoing document(s) was e-mailed to the person(s) listed below:

Jessica Rankin Corpuz
weintraub | tobin
10250 Constellation Blvd., Ste. 2900
Los Angeles, CA 90067
(310) 860-3327
jcorpuz@weintraub.com

*Counsel for Defendant, Emily Beth Schunk*

/s/*Cleve W. Doty*
Cleve W. Doty