IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:25-CV-01773 |
| EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC., | § § § § § § § | |
| Defendants. | § | |

**DEFENDANTS OTK, MYTHIC, AND KING'S RESPONSE TO MOTION FOR LEAVE**

Defendants OTK Media, Inc. ("OTK"), Mythic Talent Management Inc. ("Mythic"), and King Gaming Labs, Inc. ("King") (collectively, the "OTK Defendants"), by their undersigned counsel, submit this response to Plaintiffs' Motion for Leave to file an out-of-time Response (Dkt. 18). The OTK Defendants did not consent to Plaintiffs' request for leave, which was made after the deadline had already passed for Plaintiffs to file their Response to the OTK Defendants' Motion to Compel Arbitration and Stay Litigation (the "Arbitration Motion") (Dkt. 17).

Notably, counsel for the OTK Defendants complied with this Court's Rules (the "Local Rules") in conferring with counsel for Plaintiffs in advance of filing the Arbitration Motion. On or about December 19, 2025, counsel for the OTK Defendants requested that Plaintiffs indicate whether they opposed the requested relief in the Arbitration Motion. In response, on the same day, Plaintiffs' counsel requested the agreement containing the operative arbitration provision, and counsel for the OTK Defendants provided the agreement. Thereafter, Plaintiffs' counsel never

1

responded to the OTK Defendants.

Plaintiffs have run afoul of the Local Rules on multiple occasions. Plaintiffs failed to respond to Defendants' Rule CV-7(G) communication, proceeded to file a late Response to the Arbitration Motion, failed to include a proposed order with its Motion for Leave, and misstated the OTK Defendants' deadline to file a Reply in the Motion for Leave. Plaintiffs also failed to correctly format their Response to the OTK Defendants' Motion as an exhibit to the Motion for Leave, as required by Rule CV-7(B), and instead elected to file its entire Response with the Motion for Leave merely embedded within. Plaintiffs now seek leave under Rule 6(b) based solely on a calendaring error. In doing so, Plaintiffs admit that mis-calendaring deadlines does not, standing alone, constitute excusable neglect sufficient to justify granting relief. *See* Plaintiffs' Motion for Leave, page 3.

Nevertheless, given the brief length of the delay, the OTK Defendants do not oppose Plaintiffs' request. Irrespective of the OTK Defendants' non-opposition, the OTK Defendants acknowledge this Court has discretion and authority under Rule CV-7(D)(2) to deny leave and grant the OTK Defendants' Motion.

The OTK Defendants also submit this response to resolve confusion created by Plaintiffs' deficient filing. Plaintiffs filed their entire Response to the Arbitration Motion without having first obtained leave to do so, in contravention of Rule CV-7(B). The OTK Defendants note for the record that their Reply to Plaintiffs' Response to the Arbitration Motion does not yet have a deadline for filing. In accordance with Rule CV-7(B), the deadline for the OTK Defendants' Reply will be calculated, if leave is granted, by adding seven (7) days to the date upon which Plaintiffs' Response is filed by the clerk.

| | |
|---|---|
| Dated: January 13, 2025 | Respectfully submitted, |

*/s/ Steven L. Eychner*
Steven L. Eychner, Esq.
Admitted *Pro Hac Vice*
NY Bar No. 5752092
seychner@newmanlickstein.com
Wesley L. Gerrie, Esq.
Admitted *Pro Hac Vice*
NY Bar No. 5562988
wgerrie@newmanlickstein.com
Dean J. DiPilato, Esq.
Admitted *Pro Hac Vice*
NY Bar No. 3057791
ddipilato@newmanlickstein.com
**NEWMAN & LICKSTEIN, LLP**
109 South Warren Street, Suite 404
Syracuse, New York 13202
Phone: 315-422-1172
Fax: 315-422-1400

*/s/ Jennifer S. Freel*
Jennifer Freel, Esq.
Texas Bar No. 24051327
jfreel@jw.com
**JACKSON WALKER LLP**
100 Congress Avenue, Suite 1100
Austin, TX 78701
Phone: 512-236-2330

**ATTORNEYS FOR DEFENDANTS OTK MEDIA INC., MYTHIC TALENT MANAGEMENT INC., and KING GAMING LABS, INC.**
