IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:25-CV-01773-RP |
| EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC., | § § § § § § | |
| Defendants. | § § | |

**[PROPOSED] ORDER ON MOTION FOR LEAVE
TO FILE OUT-OF-TIME RESPONSE**

Plaintiffs Matthew Rinaudo and Mizkif Enterprises LLC filed a Motion for Leave (Dkt. 18) to file an out-of-time response to the Motion to Compel Arbitration and Stay Litigation (Dkt. 17). Defendants OTK Media, Inc. ("OTK"), Mythic Talent Management Inc. ("Mythic"), and King Gaming Labs, Inc. ("King") (collectively, the "OTK Defendants") filed a response (Dkt. 22).

After considering the Motion, the Response thereto, legal authority, and arguments of counsel, the Court **GRANTS/DENIES** the Motion for Leave to file the out-of-time Response to the OTK Defendants' Motion to Compel Arbitration and Stay Litigation.

**SIGNED** on _____.

_____
Robert Pitman
United States District Judge