AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Matthew Rinaudo and Mizkif Enterprises LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-CV-01773 |
| Emily Beth Schunk, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Matthew Rinaudo and Mizkif Enterprises LLC.

Date: 01/22/2026

/s/ Jude T. Hickland
*Attorney's signature*

Jude T. Hickland; SBN 24065416
*Printed name and bar number*

BURKE BOGDANOWICZ PLLC
1201 Elm Street, Suite 4000
Dallas, Texas 75270
*Address*

jhickland@burkebog.com
*E-mail address*

(214) 888-2824
*Telephone number*

(214) 888-2824
*FAX number*