

October 24, 2025

**Via Email and Regular Mail**



    *Re: Second Notice of Termination and Repurchase – Demand for Repayment*

Dear Matt:

    On or about November 6, 2023, OTK Media, Inc. ("OTK") issued you its first Notice of Termination and Repurchase from OTK (the "First Notice"). As described therein, the First Notice was issued as a result of your material breach of your Owners Agreement between you, OTK, and its Company Affiliates dated October 20, 2022 ("Owners Agreement"). Specifically, OTK referenced your course of misconduct, including multiple instances of unwanted physical contact/violence, as the basis for its determination to terminate your engagement with OTK and exercise OTK's right to repurchase all of your shares of OTK stock in accordance with the Promissory Note dated November 6, 2023 and, as subsequently amended, effective January 24, 2025 (the "OTK Promissory Note").

    OTK has now learned that you have furthered your course of misconduct involving violence, threats, disparaging remarks, and blatant disregard for OTK and its Company Affiliates (collectively, the "Company"), including, without limitation, King Gaming Labs, Inc., ("KGL") and Mythic Talent Management, Inc. ("Mythic"). As a result, the Company must take additional actions to address your misconduct and, ultimately, terminate any and all relationship(s) between you and the Company. As fully set forth below, your continued pattern of misconduct and breach of the Owners Agreement have caused OTK, KGL, and Mythic to terminate their respective agreements with you and pursue claims against you.

    As recently as Saturday, October 18, 2025, at TwitchCon in San Diego, California, you made threatening remarks directed at Emily Schunk p/k/a "Emiru," an OTK owner, even after learning that she was the victim of a sexually-motivated assault during a meet-and-greet. Upon information and belief, your threats to Emiru were made through individuals adjacent to both OTK and Emiru's personal business, and they pertained to potential allegations against you by Emiru of an exceedingly sensitive nature (the "Allegations"). Upon learning of the potential Allegations, you threatened personal and professional harm to Emiru in an effort to silence her from publicizing her allegations against you (the "Threats"). While OTK is not involved in, nor aware of the content of, such personal matter that you or Emiru may have with each other, OTK will not tolerate Threats or misconduct by you towards members of the OTK community. The nature of Emiru's Allegations, in tandem with your hostile response to them (i.e. the Threats), represent only the latest, but yet some of the most egregious, instances of your misconduct in violation of your Owners Agreement.

    In addition, on other recent occasions, you made and published disparaging remarks about OTK and its talent on social media in contravention of the terms of the Owners Agreement and its associated Social Media Policy, including but not limited to the following statements (the "Disparaging Remarks"):

4924-1039-4224, v. 7



*"…f\*\*k streamers, f\*\*k all of them. F\*\*k everybody. F\*\*k FaZe Clan. F\*\*k the Fourth Floor. F\*\*k OTK. F\*\*k everybody. I'm just going to start being a solo streamer. I never needed anybody, they needed me."* [1]

*"[OTK] failed miserably…nobody wanted to buy it…it didn't make sense for anyone to ever purchase [OTK]…or to run and operate [OTK]…so, now [OTK] is very small."* [2]

OTK has also recently learned that you have committed additional willful breaches of your Owners Agreement by violating the exclusivity requirements of your Talent Management Representation Agreement with Mythic dated January 2, 2023 (the "Representation Agreement").  Specifically, you engaged third party agents to perform the Agent Services in direct violation of the Representation Agreement, resulting in you having entered into extracontractual agreements during the Term with a total estimated value of more than $4 million.  As you know, Mythic is entitled to its Management Fee under the Representation Agreement for each agreement entered into during the Term of the Representation Agreement, irrespective of whether the agreement properly reported to or negotiated by Mythic.  As such, Mythic is entitled to more than $600,000 in overdue Management Fees (the "Overdue Management Fees") relating to your extracontractual agreements made outside of the Representation Agreement.  In addition, Mythic is entitled to five percent (5%) interest per year on all Overdue Management Fees, plus, costs, and attorney's fees associated with enforcement of the Representation Agreement.

In a manner consistent with your prior misconduct, the Allegations, Threats, Disparaging Remarks, and your willful breach of the Representation Agreement (together, the "Misconduct") clearly tend to injure the success of OTK and its affiliates, pose a present a future liability to OTK, and publicly bring OTK into disrepute, in addition to being offensive, vulgar, scandalous, and defamatory. Not only does the Misconduct constitute the latest example of your habitual breach of your Owners Agreement (including, but not limited to, the provisions of Sections 1.b., 4.c., 4.d., 7.e., and the Social Media Policy contained on Schedule I), but it sends a clear message that you do not value your relationship with the Company, nor are you aligned with the Company's best interests.

At the time of the First Notice, the Company elected not to exercise its termination and repurchase rights under the Owners Agreement on behalf of KGL, although it explicitly reserved the right to do so in the event of any future breach by you of the Owners Agreement.  In light of the foregoing Misconduct, please be advised that a majority of the Board of Directors have elected to terminate the Owners Agreement on behalf of KGL and to repurchase the entirety of your ninety-three thousand twelve (93,012) vested and unvested shares of KGL in accordance with the terms of the Owners Agreement. Effective immediately, you will no longer render any services to KGL, nor will you be publicly affiliated with the Company in any way whatsoever; as such, and pursuant to Section 2.d. of the Owners Agreement, please immediately remove all references to the Company and any use of any Company IP (as defined therein) from your social media, websites, and anywhere else you may indicate affiliation.

As were the circumstances of OTK's previous repurchase of your stock, all shares of KGL stock held by you will be repurchased on such terms and as set forth in the promissory note attached hereto as

---

[1] Post on X - @BestfriendKick – "Mizkif Crashes Out On FaZe Clan, OTK, and Every Streamer!" - https://x.com/BestfriendKick/status/1940128161393737750
[2] Post on YouTube - The Iced Coffee Hour – "They're Liars!" Mizkif Breaks Silence on $36,000,000 Loss, Allegations, & Controversy - https://www.youtube.com/watch?v=aJzb56npOBo

4924-1039-4224, v. 7



<u>Exhibit A</u>.  Notwithstanding your separation from OTK and KGL, all other existing agreements that you have with the Company will not terminate and will remain in full force and effect (including, without limitation, the surviving sections of the Owners Agreement, your LOA Letter, and your PIIA) (collectively, the "<u>Existing Agreements</u>").

Furthermore, the aforementioned Misconduct, and your continued, complete, and utter disregard for the provisions of the Owners Agreement have now given rise to certain rights and obligations under the OTK Promissory Note.  As a preliminary matter, please accept this letter as notice that OTK has hereby elected to purchase the remainder of your shares in OTK pursuant to Section 1.b. of the OTK Promissory Note.  In addition, please be advised that OTK, through the determination of a majority of its Board of Directors, has voted to exercise its right to terminate and cancel the OTK Promissory Note pursuant to Section 3.b. thereof.  Accordingly, all one million one hundred nine thousand one hundred thirty-nine (1,109,139) shares of OTK that were eligible for repurchase pursuant to the Owners Agreement and the OTK Promissory Note have hereby immediately vested as property of OTK without any further payment or obligation owed to you.

Moreover, as a result of the Disparaging Remarks and your continued breach of the Owners Agreement, Section 3.b. of the OTK Promissory Note dictates that you must refund all amounts remitted to you in connection therewith.  Therefore, in addition to the Overdue Management Fees in excess of $600,000 that is subject to collection by Mythic, OTK hereby demands that you remit payment to OTK in the amount of $296,401.92, accounting for a full refund of all funds remitted to you under the OTK Promissory Note, by no later than **November 1, 2025**.  In the event you fail or refuse to do so, the Company will utilize every legal remedy available to it to recover the full amount due and owing under the Representation Agreement and the OTK Promissory Note, in addition to costs and attorneys' fees associated with the enforcement thereof.

The terms of this letter are confidential information of the Company and are protected from disclosure pursuant to Existing Agreements between you and OTK.  As such, you shall not divulge, publish or otherwise communicate the terms of this letter or any Existing Agreement.  You must cease and desist from publishing any public messaging in connection with your relationship with the Company, and any actual or threatened breach of confidentiality by you will be met with swift legal action by the Company.  In no way has the Company and/or its legal representatives provided you with any sort of legal advice or recommendation regarding your termination from the Company.  The Company reserves all rights.

If you should have any questions regarding this letter, please contact me. Otherwise, OTK expects full and complete compliance with this letter. OTK wishes you all the best on your future endeavors.

Very truly yours,

**OTK MEDIA, INC.**


By:  */Mohammad Arabikatbi/*
Name: Mohammad Arabikatbi
Title: Chief Executive Officer

4924-1039-4224, v. 7