IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW MISRENDINO a/k/a MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC, | § § § § | |
| Plaintiffs, | § § | Cause No. 1:25-CV-01773 |
| v. | § § | |
| EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA INC d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC and KING GAMING LABS, INC., | § § § § § § | |
| Defendants. | § | |

### PLAINTIFFS' RESPONSE TO HOYT'S MOTION TO DISMISS

COME NOW, Plaintiffs Matthew Misrendino a/k/a Matthew Rinaudo and Mizkif Enterprises LLC (collectively "Plaintiffs") and file this Response to Defendant Zack Hoyt's ("Defendant") Motion to Dismiss (the "Motion"). Plaintiffs respectfully show the Court:

1. Defendant Hoyt filed a Motion to Dismiss on January 8, 2026 (Dkt. #20) alleging various deficiencies in Plaintiffs' Original Complaint.

2. Plaintiffs filed their First Amended Complaint on January 22, 2026 (Dkt. 25).

3. Defendant's Motion to Dismiss is now moot due to Plaintiffs' filing of their First Amended Complaint.

Respectfully submitted,

**BURKE BOGDANOWICZ PLLC**

_____
**AARON J. BURKE**
Texas Bar No. 24073977
*aaron@burkebog.com*
**JUDE T. HICKLAND**
Texas Bar No. 24065416
*jhickland@burkebog.com*
**J. COLLIN SPRING**
Texas Bar No. 24118989
*jspring@burkebog.com*
**ALEXIA P. NICOLOULIAS**
Texas Bar No. 24125817
*anicoloulias@burkebog.com*
**J. HUNTER RALSTON**
Texas Bar No. 24132460
*hralston@burkebog.com*

1201 Elm Street, Suite 4000
Dallas, Texas 75270
Tel/Fax 214.888.2824

**ATTORNEYS FOR PLAINTIFFS MATTHEW MISRENDINO A/K/A MATTHEW RINAUDO AND MIZKIF ENTERPRISES LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been served on counsel for all parties having appeared in this matter via CM/ECF on January 22, 2026.

_____
**J. COLLIN SPRING**