UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC, | § § § |
| Plaintiffs, | § § § |
| v. | §  Case No. 1:25-cv-01773-RP |
| | § |
| EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA, INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC., | § § § § § § |
| Defendants. | § |

## NOTICE OF APPEARANCE

COMES NOW Cleve W. Doty, and hereby enters his appearance as counsel on behalf of Defendant, Zack Hoyt.

| | |
|---|---|
| DATED: January 23, 2026 | Respectfully submitted, |
| | Austin R. Nimocks<br>Texas Bar No. 24002695<br>austin@pntlawfirm.com |
| | Christopher L. Peele<br>Texas Bar No. 24013308<br>chris@pntlawfirm.com |
| | */s/ Cleve W. Doty*<br>Cleve W. Doty<br>Texas Bar No. 24069627<br>cleve@pntlawfirm.com |
| | **PNT Law Firm**<br>206 Wild Basin Rd. S.<br>Bldg. A, Ste. 206<br>Austin, TX 78746<br>Phone: (512) 522-4893<br>Fax: (512) 522-4893 |
| | **COUNSEL FOR DEFENDANT, ZACK HOYT** |

## **CERTIFICATE OF SERVICE**

      I certify that on January 23, 2026, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

    Aaron J. Burke
    Burke Bogdanowicz PLLC
    1201 Elm St., Ste. 4000
    Dallas, TX 75270
    (512) 507-4097
    aaron@burkebog.com

*Counsel for Plaintiffs*

    J. Collin Spring
    Burke Bogdanowicz PLLC
    1201 Elm St., Ste. 4000
    Dallas, TX 75270
    (512) 507-4097
    jspring@burkebog.com

*Counsel for Plaintiffs*

    Alexia P. Nicoloulias
    Burke Bogdanowicz PLLC
    1201 Elm St., Ste. 4000
    Dallas, TX 75270
    (512) 507-4097
    anicoloulias@burkebog.com

*Counsel for Plaintiffs*

    J. Hunter Ralston
    Burke Bogdanowicz PLLC
    1201 Elm Street, Suite 4000
    Dallas, Texas 75270
    (512) 507-4097
    hralston@burkebog.com

*Counsel for Plaintiffs*

Jude T. Hickland
Burke Bogdanowicz PLLC
1201 Elm Street, Suite 4000
Dallas, TX 75270
214-888-2824
Fax: 214-888-2824
Email: jhickland@burkebog.com

*Counsel for Plaintiffs*

Jennifer S. Freel
Jackson Walker
100 Congress Ave., Ste. 1100
Austin, TX 78701
(512) 739-8414
(512) 236-2002 (fax)
jfreel@jw.com

*Counsel for Defendants, OTK Media, Inc. d/b/a One True King, Mythic Talent Management Inc., and King Gaming Labs, Inc.*

Steven L. Eychner
Newman & Lickstein, LLP
109 S. Warrant St., Ste. 404
Syracuse NY 13202
(315) 422-1172
seychner@newmanlickstein.com

*Counsel for Defendants, OTK Media, Inc. d/b/a One True King, Mythic Talent Management Inc., and King Gaming Labs, Inc.*

Wesley Lome Gerrie
Newman & Lickstein, LLP
109 S. Warrant St., Ste. 404
Syracuse, NY 13202
(315) 422-1172
wgerrie@newmanlickstein.com

*Counsel for Defendants, OTK Media, Inc. d/b/a One True King, Mythic Talent Management Inc., and King Gaming Labs, Inc.*

I further certify that a copy of the foregoing document(s) was e-mailed to the person(s) listed below:

Jessica Rankin Corpuz
weintraub | tobin
10250 Constellation Blvd., Ste. 2900
Los Angeles, CA 90067
(310) 860-3327
jcorpuz@weintraub.com

*Counsel for Defendant, Emily Beth Schunk*

                                                       */s/Cleve W. Doty*
                                                       Cleve W. Doty