UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MATTHEW MISRENDINO** a/k/a **MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC,** | § § § § § § § § | |
| Plaintiffs, | § § § | |
| v. | § § § § § | Case No. 1:25-cv-01773-RP |
| **EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA, INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC.,** | § § § § § § § § § | |

## DEFENDANT ZACK HOYT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LENGTH FOR A 12(b)(6) AND 12(e) MOTION

Defendant Zack Hoyt, by and through his counsel, submits this Motion for Leave to Exceed Page Limitations for his Motion to Dismiss, and, in the alternative, a Motion for a More Definite Statement under Rules 12(b)(6) and 12(e). Plaintiffs do not oppose this motion.

### RELIEF REQUESTED

Defendant Zack Hoyt filed an initial Rule 12(b)(6) Motion to Dismiss, or, in the alternative, Motion for a More Definite Statement, per Rule 12(e) (Dkt. 20) regarding a defamation claim filed against him by two separate Plaintiffs, Mizkif Enterprises, LLC, a

corporation, and Matthew Misrendino, an individual. Defendant Hoyt complied with the standard page limits.

The Plaintiffs then filed an Amended Complaint in response. Dkt. 25. Among other things, the new Amended Complaint now lists a collection of phrases, quotes, and words, which Defendant Hoyt anticipates engaging with one-by-one in a new Motion to Dismiss. Dkt. 25 at ¶¶ 26, 27, 33 (listing, in paragraph 33 in particular, a number of phrases). These alleged words include only portions or phrases, devoid of context, requiring Defendant Hoyt to spend more words engaging with them. Plaintiff's counsel has indicated that they are unopposed to this motion.

Accordingly, Defendant Hoyt requests leave to exceed the traditional 20-page limit to a maximum of 40 pages instead. Counsel for Mr. Hoyt has conferred with Plaintiffs' counsel and Plaintiffs do not oppose this motion.

## CONCLUSION

For the foregoing reasons, Defendant Zack Hoyt respectfully requests that the Court grant this Motion and grant him leave to file a Rule 12(b) and/or 12(e) motion not to exceed 40 pages.

DATED: February 2, 2026         Respectfully submitted,

                                                Austin R. Nimocks
                                                Texas Bar No. 24002695
                                                austin@pntlawfirm.com
                                                Christopher L. Peele
                                                Texas Bar No. 24013308
                                                chris@pntlawfirm.com
                                                */s/ Cleve W. Doty*
                                                Cleve W. Doty
                                                Texas Bar No. 24069627

cleve@pntlawfirm.com

**PNT Law Firm**
206 Wild Basin Rd. S.
Bldg. A, Ste. 206
Austin, TX 78746
Phone: (512) 522-4893
Fax: (512) 522-4893

**COUNSEL FOR DEFENDANT,
ZACK HOYT**

CERTIFICATE OF CONFERENCE

On February 2, 2026, Counsel for Defendant Hoyt, Cleve W. Doty, conferred with counsel for Plaintiffs, Mr. J Collin Spring, regarding the relief requested in the foregoing motion. Mr. Spring stated that Plaintiffs do not oppose the relief requested by Defendant Zack Hoyt.

/s/ Cleve W. Doty

# **CERTIFICATE OF SERVICE**

     I certify that on February 2, 2026, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

>Aaron J. Burke
>Burke Bogdanowicz PLLC
>1201 Elm St., Ste. 4000
>Dallas, TX 75270
>(512) 507-4097
>aaron@burkebog.com

*Counsel for Plaintiffs*

>J. Collin Spring
>Burke Bogdanowicz PLLC
>1201 Elm St., Ste. 4000
>Dallas, TX 75270
>(512) 507-4097
>jspring@burkebog.com

*Counsel for Plaintiffs*

>Alexia P. Nicoloulias
>Burke Bogdanowicz PLLC
>1201 Elm St., Ste. 4000
>Dallas, TX 75270
>(512) 507-4097
>anicoloulias@burkebog.com

*Counsel for Plaintiffs*

>J. Hunter Ralston
>Burke Bogdanowicz PLLC
>1201 Elm Street, Suite 4000
>Dallas, Texas 75270
>(512) 507-4097
>hralston@burkebog.com

*Counsel for Plaintiffs*

>Jude T. Hickland
>Burke Bogdanowicz PLLC
>1201 Elm Street, Suite 4000
>Dallas, TX 75270
>214-888-2824
>Fax: 214-888-2824
>Email: jhickland@burkebog.com

*Counsel for Plaintiffs*

>Jennifer S. Freel
>Jackson Walker
>100 Congress Ave., Ste. 1100
>Austin, TX 78701
>(512) 739-8414
>(512) 236-2002 (fax)
>jfreel@jw.com

*Counsel for Defendants, OTK Media, Inc. d/b/a One True King, Mythic Talent Management Inc., and King Gaming Labs, Inc.*

>Steven L. Eychner
>Newman & Lickstein, LLP
>109 S. Warrant St., Ste. 404
>Syracuse NY 13202
>(315) 422-1172
>seychner@newmanlickstein.com

*Counsel for Defendants, OTK Media, Inc. d/b/a One True King, Mythic Talent Management Inc., and King Gaming Labs, Inc.*

Wesley Lome Gerrie
Newman & Lickstein, LLP
109 S. Warrant St., Ste. 404
Syracuse, NY 13202
(315) 422-1172
wgerrie@newmanlickstein.com

*Counsel for Defendants, OTK Media, Inc. d/b/a One True King, Mythic Talent Management Inc., and King Gaming Labs, Inc.*

I further certify that a copy of the foregoing document(s) was e-mailed to the person(s) listed below:

Jessica Rankin Corpuz
weintraub | tobin
10250 Constellation Blvd., Ste. 2900
Los Angeles, CA 90067
(310) 860-3327
jcorpuz@weintraub.com

*Counsel for Defendant, Emily Beth Schunk*

                                                    */s/Cleve W. Doty*
                                                    Cleve W. Doty

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW MISRENDINO and<br>MIZKIF ENTERPRISES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EMILY BETH SCHUNK, ZACK HOYT,<br>OTK MEDIA, INC. d/b/a ONE TRUE<br>KING, MYTHIC TALENT<br>MANAGEMENT INC. and KING<br>GAMING LABS, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:25-cv-01773-RP |

### DEFENDANT HOYT'S [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS FOR MOTION TO DISMISS AND MOTION FOR A MORE DEFINITE STATEMENT

Before the Court is Defendant Hoyt's Motion for Leave to Exceed Page Limitations for Motion to Dismiss and Motion for a More Definite Statement. Having considered the matter, the Court adopts the following page limitations for Defendant Hoyt's Motion: the Motion to Dismiss and Motion for a More Definite Statement may not exceed 40 pages.

Signed this _____ day of _____, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE