IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:25-CV-01773 |
| EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC., | § § § § § § § | |
| Defendants. | § | |

## DEFENDANTS OTK, MYTHIC, AND KING'S RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT

Upon review and analysis of Plaintiffs' Amended Complaint (Dkt. 25), Defendants OTK Media, Inc. ("OTK"), Mythic Talent Management Inc. ("Mythic"), and King Gaming Labs, Inc. ("King") (collectively, the "Moving Defendants"), have determined that nothing in the Amended Complaint changes Moving Defendants' positions stated in its pending Motion to Compel (Dkt. 17) and its Reply (Dkt. 27) to Plaintiffs' Response in Opposition to the Motion to Compel (Dkt. 23).[1] Indeed, the causes of action in Plaintiffs' original Complaint that were subject to Moving Defendants' Motion to Compel (Counts 1 and 3) are identical to those pled in the Amended

---

[1] This is with the exception of two citations in the Motion to Compel to the original Complaint. The citation changes are as follows:
  i. The citation to "Compl. ¶ 22; 44" on page 8 is now to "First Amended Compl. ¶ 23; 47."
  ii. The citation to "Compl. ¶ 21; 34-37" on page 14 is now "First Amended Compl. ¶ 22; 37-40."
Rather than resubmit the Motion to Compel with these two minor changes, the Moving Defendants thought it prudent to submit this short filing. If the Court prefers that the Moving Defendants file an amended motion to compel, Moving Defendants will certainly do so.

Complaint. There is no discernable impact on the Motion to Compel from any new factual allegations in the Amended Complaint.

Accordingly, Moving Defendants respectfully request that the Court apply its fully-briefed Motion to Compel to the Amended Complaint and compel arbitration of Plaintiffs' claims against Mythic (Count 3) and stay all claims (Counts 1 and 3) against OTK, Mythic, and King pending a decision on the Motion to Compel and, if applicable, issuance of a final arbitration award.

Dated: February 5, 2026

Respectfully submitted,

*/s/ Steven L. Eychner*
Steven L. Eychner, Esq.
Admitted *Pro Hac Vice*
NY Bar No. 5752092
seychner@newmanlickstein.com
Wesley L. Gerrie, Esq.
Admitted *Pro Hac Vice*
NY Bar No. 5562988
wgerrie@newmanlickstein.com
Dean J. DiPilato, Esq.
Admitted *Pro Hac Vice*
NY Bar No. 3057791
ddipilato@newmanlickstein.com
**NEWMAN & LICKSTEIN, LLP**
109 South Warren Street, Suite 404
Syracuse, New York 13202
Phone: 315-422-1172
Fax: 315-422-1400

*/s/ Jennifer S. Freel*
Jennifer Freel, Esq.
Texas Bar No. 24051327
jfreel@jw.com
**JACKSON WALKER LLP**
100 Congress Avenue, Suite 1100
Austin, TX 78701
Phone: 512-236-2330

**ATTORNEYS FOR DEFENDANTS OTK MEDIA INC., MYTHIC TALENT MANAGEMENT INC., and KING GAMING LABS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was electronically submitted to the Clerk of Court for the U.S. District Court, Western District of Texas, using the CM/ECF system. A true and correct copy of the foregoing document was served upon all counsel record via the Court's electronic filing service in accordance with the Federal Rules of Civil Procedure on February 5, 2026.

/s/ *Jennifer S. Freel*
Jennifer S. Freel