UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MATTHEW MISRENDINO** <br> **a/k/a MATTHEW RINAUDO** <br> **and MIZKIF ENTERPRISES,** <br> **LLC,** | § <br> § <br> § <br> § <br> § | |
| Plaintiffs, | § <br> § | Case No. 1:25-cv-01773-RP |
| v. | § <br> § | |
| **EMILY BETH SCHUNK, ZACK** <br> **HOYT, OTK MEDIA, INC. d/b/a** <br> **ONE TRUE KING, MYTHIC** <br> **TALENT MANAGEMENT INC.** <br> **and KING GAMING LABS, INC.,** | § <br> § <br> § <br> § <br> § | |
| Defendants. | | |

## [PROPOSED] ORDER GRANTING DEFENDANT ZACK HOYT'S MOTION TO DISMISS

Before the Court is Defendant Zack Hoyt's Motion to Dismiss. Having considered the Motion, relevant docket entries, applicable law, and the Parties' proposals, the Court **GRANTS** the Motion to Dismiss as to Count Two as to Defendant Hoyt. The defamation claim by Plaintiffs against Defendant Hoyt is hereby DISMISSED with prejudice.

SO ORDERED on this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE