IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MIZKIF ENTERPRISES LLC and MATTHEW MISRENDINO, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:25-CV-1773-RP |
| EMILY BETH SHUNK, et al., | § § § | |
| Defendants. | § § | |

**ORDER**

On November 3, 2025, Plaintiffs Mathew Rinaudo[1] and Mizkif Enterprises, LLC, ("Plaintiffs") filed their complaint in this action with this Court. (Compl., Dkt. 1). The Court issued summons as to Zack Hoyt; King Gaming Labs; Inc., Mythic Talent Management, Inc.; OTK Media Inc.; and Emily Beth Schunk on November 4, 2025. (Dkt. 6). Since that time, all Defendants have appeared in the case except for Emily Beth Schunk. As of the date of this Order, Plaintiff has not filed proof of service for Defendant Emily Beth Schunk. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff— must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Therefore, **IT IS ORDERED** that Plaintiff shall show cause in writing on or before **February 25, 2026**, as to why the claims against Defendant Emily Beth Schunk should not be dismissed for failure to timely effectuate service. Failure to do so may result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b) (action may be dismissed for want of prosecution or failure to

---

[1] Terminated and replaced as Matthew Misrendino. (See Resp., Dkt. 26 (referring to "Matthew Rinaudo A/K/A Matthew Misrendino)).

1

comply with court order); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (district court has authority to dismiss case for want of prosecution or failure to comply with court order).

**SIGNED** on February 18, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2