IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW MISRENDINO a/k/a MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC, | § § § § | |
| Plaintiffs, | § § | Cause No. 1:25-CV-01773 |
| v. | § § § | |
| EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA INC d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC and KING GAMING LABS, INC., | § § § § § § § | |
| Defendants. | § | |

### PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

COME NOW Plaintiffs Matthew Misrendino a/k/a Matthew Rinaudo and Mizkif Enterprises, LLC[1] (collectively, "Plaintiffs") and file this *Response* to the Court's *Order to Show Cause*. Plaintiffs respectfully show the Court:

### RESPONSE

The Court should not dismiss the claims against Defendant Schunk because Schunk has been properly served. FEDERAL RULE OF CIVIL PROCEDURE 4(e)(1) permits Rinaudo to serve Schunk via any method permitted under Texas state law. Texas law permits attorneys for Defendants to accept service on a client's behalf when that client has given the attorney authority to do so.

---

[1] Hoyt has put at issue a purported defamation claim by Mizkif Enterprises LLC against him. To be clear, the defamation claims are personal to Rinaudo and are not brought on behalf of Mizkif Enterprises LLC.

1

Defendant Schunk is an internet celebrity with a large fan base. In the past, she has dealt with stalking and assault issues at the hands of her fans. Accordingly, preserving the privacy of her home address—and preventing it from being made public through a return of service filing—has been a priority for Rinaudo.

Shortly after citation was first issued, counsel for Rinaudo reached out to counsel for Schunk expressing a desire to preserve the privacy of Schunk's home address. Counsel for Schunk agreed but would stop responding sporadically when asked to confirm a response date. Counsel for Rinaudo consistently followed up to ensure that service of process was effectuated.

On January 21, less than 90 days after citation was issued, counsel for Ms. Schunk expressed that she was authorized by her client to accept service and did in fact accept service with an agreed answer date of February 23. Ex. A. Counsel for Ms. Schunk subsequently requested an extension to March 3, which Rinaudo agreed to. Ex. B. Ms. Schunk's responsive pleading should be filed by next Tuesday.

While this is not the prototypical manner of serving process, it is authorized by Texas law and, therefore, by the federal rules. Further, it was necessary in this instance, given the unique status of Ms. Schunk as a Defendant, to ensure her privacy and safety. These same procedures were followed successfully with counsel for Hoyt and the corporate defendants to preserve the privacy of Hoyt and OTK's President, who is also a famous streamer with a large fan base.

Accordingly, because Ms. Schunk has accepted service under Texas law, the Court should not dismiss the claims against her.

Respectfully submitted,

**BURKE BOGDANOWICZ PLLC**

_____
**AARON J. BURKE**
Texas Bar No. 24073977
*aaron@burkebog.com*
**JUDE T. HICKLAND**
Texas Bar No. 24065416
*jhickland@burkebog.com*
**J. COLLIN SPRING**
Texas Bar No. 24118989
*jspring@burkebog.com*
**ALEXIA P. NICOLOULIAS**
Texas Bar No. 24125817
*anicoloulias@burkebog.com*

1201 Elm Street, Suite 4000
Dallas, Texas 75270
Tel/Fax 214.888.2824

**ATTORNEYS FOR PLAINTIFFS MATTHEW MISRENDINO A/K/A MATTHEW RINAUDO AND MIZKIF ENTERPRISES LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been served on counsel for all parties having appeared in this matter via CM/ECF on February 25, 2026.

The undersigned further certifies that a true and correct copy of the foregoing has been served on Jessica Corpuz, counsel for Defendant Emily Beth Schunk (who has not yet answered in this action) via email on February 25, 2026.

_____
**J. COLLIN SPRING**

3