# Exhibit B

 Outlook

## Re: Rinaudo v. Schunk et al - Service

| | |
|---|---|
| **From** | Jay Spring <jspring@Burkebog.com> |
| **Date** | Tue 2/3/2026 10:54 PM |
| **To** | Jessica R. Corpuz <JCorpuz@weintraub.com> |
| **Cc** | Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>; Jude T. Hickland <jhickland@Burkebog.com>; Aaron Burke <aaron@burkebog.com> |

Jessica,

I am reluctantly amenable to preserve Ms. Schunk's privacy. If there are any further requests for extension, we will be serving Ms. Schunk traditionally.

**J. COLLIN SPRING**
Associate



214.888.2824 (O)

jspring@burkebog.com

1201 Elm Street, Suite 4000
Dallas, Texas 75270

burkebog.com

---

**From:** Jessica R. Corpuz <JCorpuz@weintraub.com>
**Sent:** Tuesday, February 3, 2026 7:31 PM
**To:** Jay Spring <jspring@Burkebog.com>
**Cc:** Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>; Jude T. Hickland <jhickland@Burkebog.com>; Aaron Burke <aaron@burkebog.com>
**Subject:** RE: Rinaudo v. Schunk et al - Service

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jay,

Just following up on the below, please confirm your agreement.

Thanks,

Jessica


Jessica Rankin Corpuz | Shareholder
**weintraub** | **tobin**
10250 Constellation Blvd., Suite 2900
Los Angeles, CA 90067
direct (310) 860-3327 | jcorpuz@weintraub.com

---

**From:** Jessica R. Corpuz
**Sent:** Thursday, January 29, 2026 1:53 PM
**To:** 'Jay Spring' <jspring@Burkebog.com>
**Cc:** Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>; Jude T. Hickland <jhickland@Burkebog.com>; Aaron Burke <aaron@burkebog.com>
**Subject:** RE: Rinaudo v. Schunk et al - Service

Hi Jay,

Thank you for providing a copy of the Amended Complaint. We will require until March 3 to prepare our response, given that we only just got a copy of the operative pleading.

Thank you,

Jessica


Jessica Rankin Corpuz | Shareholder
**weintraub** | **tobin**
10250 Constellation Blvd., Suite 2900
Los Angeles, CA 90067
direct (310) 860-3327 | jcorpuz@weintraub.com

---

**From:** Jay Spring <jspring@Burkebog.com>
**Sent:** Wednesday, January 28, 2026 3:09 PM
**To:** Jessica R. Corpuz <JCorpuz@weintraub.com>
**Cc:** Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>; Jude T. Hickland <jhickland@Burkebog.com>; Aaron Burke <aaron@burkebog.com>
**Subject:** [EXTERNAL] Re: Rinaudo v. Schunk et al - Service

Hi Jessica,

Attached, please find the most recent filings in the case. I've omitted nonsubstantive filings (notices of appearance, pro hacs, ungranted proposed orders, etc).


**J. COLLIN SPRING**
Associate



214.888.2824 (O)

jspring@burkebog.com

1201 Elm Street, Suite 4000
Dallas, Texas 75270

burkebog.com

---

**From:** Jay Spring <jspring@Burkebog.com>
**Sent:** Tuesday, January 27, 2026 5:06 PM
**To:** Jessica R. Corpuz <JCorpuz@weintraub.com>
**Cc:** Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>
**Subject:** Re: Rinaudo v. Schunk et al - Service

Hi Jessica,

Apologies for the delay--been in prep for a trial that ended up getting reset due to the winter storms. I am heading back to Dallas and will send over the recent filings when I am back.

**J. COLLIN SPRING**
Associate
image
214.888.2824 (O)
jspring@burkebog.com
1201 Elm Street, Suite 4000
Dallas, Texas 75270

---

**From:** Jessica R. Corpuz <JCorpuz@weintraub.com>
**Sent:** Tuesday, January 27, 2026 3:14:17 PM
**To:** Jay Spring <jspring@Burkebog.com>
**Cc:** Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>
**Subject:** RE: Rinaudo v. Schunk et al - Service

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jay,

Following up on the below.  Can you please provide us with a copy of the Amended Complaint and any other recent filings?

Thanks,

Jessica

Jessica Rankin Corpuz | Shareholder
**weintraub** | **tobin**
10250 Constellation Blvd., Suite 2900
Los Angeles, CA  90067
direct (310) 860-3327 | jcorpuz@weintraub.com

---

**From:** Jessica R. Corpuz
**Sent:** Friday, January 23, 2026 9:06 AM
**To:** Jay Spring <jspring@Burkebog.com>
**Cc:** Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>
**Subject:** RE: Rinaudo v. Schunk et al - Service

Hi Jay,

Can you please provide us with a copy of your recent filings?  We were obviously not aware of your Amended Complaint when we discussed a responsive date.  I will need to discuss with my client.

Please provide us with a copy of all your filings going forward.

Thank you,

Jessica


Jessica Rankin Corpuz | Shareholder
**weintraub** | **tobin**
10250 Constellation Blvd., Suite 2900
Los Angeles, CA  90067
direct (310) 860-3327 | jcorpuz@weintraub.com

---

**From:** Jay Spring <jspring@Burkebog.com>
**Sent:** Thursday, January 22, 2026 12:02 PM
**To:** Jessica R. Corpuz <JCorpuz@weintraub.com>
**Cc:** Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>
**Subject:** [EXTERNAL] Re: Rinaudo v. Schunk et al - Service

Jessica,

Thank you very much, we look forward to receiving your client's answer on 2/23.

**J. COLLIN SPRING**
Associate



214.888.2824 (O)
jspring@burkebog.com
1201 Elm Street, Suite 4000
Dallas, Texas 75270

**From:** Jessica R. Corpuz <JCorpuz@weintraub.com>
**Sent:** Wednesday, January 21, 2026 6:57:27 PM
**To:** Jay Spring <jspring@Burkebog.com>
**Cc:** Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>
**Subject:** RE: Rinaudo v. Schunk et al - Service

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jay,

We can accept service on behalf of Ms. Schunk, so long as we can agree on a mutually-convenient response date.  Does February 23 work for you?

Relatedly, received your letter dated January 16.  Ms. Schuck will not be making any retractions or removing any content.

Best,

Jessica


Jessica Rankin Corpuz | Shareholder
**weintraub** | **tobin**
10250 Constellation Blvd., Suite 2900
Los Angeles, CA  90067
direct (310) 860-3327 | jcorpuz@weintraub.com

---

**From:** Jay Spring <jspring@Burkebog.com>
**Sent:** Monday, January 19, 2026 5:51 PM
**To:** Jessica R. Corpuz <JCorpuz@weintraub.com>
**Cc:** Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>
**Subject:** [EXTERNAL] Re: Rinaudo v. Schunk et al - Service

Jessica,

Following up again.

Our deadline to serve your client is coming up. I would really like to protect her privacy by not having her personally served, and not having her address become part of the record, but I have to get her served one way or another by 2/1.

Let me know if you can agree to accept service, otherwise we will have to move forward traditionally.

**J. COLLIN SPRING**
Associate



214.888.2824 (O)

jspring@burkebog.com

1201 Elm Street, Suite 4000
Dallas, Texas 75270

burkebog.com

---

**From:** Jay Spring <jspring@Burkebog.com>
**Sent:** Wednesday, December 3, 2025 4:16 PM
**To:** Jessica R. Corpuz <JCorpuz@weintraub.com>
**Cc:** Aaron Burke <aaron@burkebog.com>; Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>
**Subject:** Re: Rinaudo v. Schunk et al - Service

Hi Jessica,

We agreed with the other Defendants to a 1/5/2026 response deadline. Please let me know if that works on your end.

**J. COLLIN SPRING**

Associate



214.888.2824 (O)

jspring@burkebog.com

1201 Elm Street, Suite 4000

Dallas, Texas 75270

burkebog.com

**From:** Jessica R. Corpuz <JCorpuz@weintraub.com>
**Sent:** Tuesday, December 2, 2025 7:19 PM
**To:** Jay Spring <jspring@Burkebog.com>
**Cc:** Aaron Burke <aaron@burkebog.com>; Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>
**Subject:** RE: Rinaudo v. Schunk et al - Service

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jay,

Thanks for checking on this.  What date(s) have you agreed to for the other Defendants?

Jessica


Jessica Rankin Corpuz | Shareholder
**weintraub** | **tobin**
10250 Constellation Blvd., Suite 2900
Los Angeles, CA  90067
direct (310) 860-3327 | jcorpuz@weintraub.com

---

**From:** Jay Spring <jspring@Burkebog.com>
**Sent:** Monday, December 1, 2025 1:22 PM
**To:** Jessica R. Corpuz <JCorpuz@weintraub.com>
**Cc:** Aaron Burke <aaron@burkebog.com>; Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>
**Subject:** [EXTERNAL] Re: Rinaudo v. Schunk et al - Service

Hi Jessica,

Following up on the below. Please let me know—we are going to need to serve Ms. Schunk soon if she hasn't accepted. We don't want to have her address in the public record of service, but if we're not able to agree that you will accept service we will have to go that route.

**J. COLLIN SPRING**

Associate



214.888.2824 (O)

jspring@burkebog.com

1201 Elm Street, Suite 4000

Dallas, Texas 75270

burkebog.com

---

**From:** Jay Spring <jspring@Burkebog.com>
**Sent:** Thursday, November 20, 2025 11:52 AM
**To:** Jessica R. Corpuz <JCorpuz@weintraub.com>
**Cc:** Aaron Burke <aaron@burkebog.com>; Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>
**Subject:** Re: Rinaudo v. Schunk et al - Service

Hi Jessica,

What extension would you be looking for? We've agreed to early January dates for the other defendants.

**J. COLLIN SPRING**

Associate



214.888.2824 (O)

jspring@burkebog.com

1201 Elm Street, Suite 4000

Dallas, Texas 75270

burkebog.com

---

**From:** Jessica R. Corpuz <JCorpuz@weintraub.com>
**Sent:** Friday, November 14, 2025 5:39 PM

**To:** Jay Spring <jspring@Burkebog.com>
**Cc:** Aaron Burke <aaron@burkebog.com>; Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>; Carly M. Moran <CMoran@weintraub.com>
**Subject:** RE: Rinaudo v. Schunk et al - Service

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jay,

Thank you for reaching out and apologies for the delay in responding, I've been out on vacation. This will confirm that my office represents Ms. Schunk.

I will confirm with my client regarding accepting service and get back to you. If we were able to accept service, can we agree to an extension of time for Ms. Schunk to respond to the Complaint?

Best,

Jessica


Jessica Rankin Corpuz | Shareholder
**weintraub** | **tobin**
10250 Constellation Blvd., Suite 2900
Los Angeles, CA 90067
direct (310) 860-3327 | jcorpuz@weintraub.com

---

**From:** Jay Spring <jspring@Burkebog.com>
**Sent:** Monday, November 10, 2025 4:44 PM
**To:** Jessica R. Corpuz <JCorpuz@weintraub.com>
**Cc:** Aaron Burke <aaron@burkebog.com>; Alexia Nicoloulias <anicoloulias@burkebog.com>; Hunter Ralston <hralston@Burkebog.com>; Melinda Goens <mgoens@burkebog.com>
**Subject:** [EXTERNAL] Rinaudo v. Schunk et al - Service

Ms. Corpuz,

We represent Matthew Rinaudo ("Mizkif") in connection with a suit he has filed against Emily Schunk ("Emiru"), who I understand you to represent.

I am attaching a courtesy copy of the Complaint here. Are you able to accept service of process on behalf of Ms. Schunk?

We would like to avoid serving Ms. Schunk at her residence so that her personal address does not become public record to protect her privacy and security as much as possible.

**J. COLLIN SPRING**

Associate



214.888.2824 (O)

jspring@burkebog.com

1201 Elm Street, Suite 4000

Dallas, Texas 75270

burkebog.com