UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MATTHEW MISRENDINO a/k/a MATTHEW
RINAUDO and MIZKIF ENTERPRISES, LLC

-vs-

Case No.: 1:25-CV-01773-RP

EMILY BETH SCHUNK, ZACK OYT, OTK MEDIA, INC. d/b/a
ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC.
and KING GAMING LABS, INC.

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

  Comes now Jessica R. Corpuz, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent Defendant Emily Beth Schunk in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Weintraub Tobin Chediak Coleman Grodin Law Corporation,

  with offices at

   Mailing address: 10250 Constellation Boulevard, Suite 2900
   City, State, Zip Code: Los Angeles, California 90067
   Telephone: (310)-858-7888
   Facsimile: (310)-550-7191
   Email: jcorpuz@weintraub.com

2. Since _____2011_____, Applicant has been and presently is a member of and in good standing with the Bar of the State of _California_. Applicant's bar license number is _279237_.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | All California State Courts | |
   | Northern District of California | |
   | Central District of California | |
   | Southern District of California | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   _____

   _____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   _____

   _____

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   _____

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   ☒ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   | | |
   |---|---|
   | Co-counsel: | Daniel H. Byrne (State Bar Number 03565600) |
   | Mailing address: | 402 West Seventh Street |
   | City, State, Zip Code: | Austin, TX 78701 |
   | Telephone: | (512) 476-2020 |

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jessica R. Corpuz to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

Jessica R. Corpuz
[printed name of Applicant]

*/s/ Jessica R. Corpuz*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __2__ day of __March__, __2026__.

Jessica R. Corpuz
[printed name of Applicant]

*/s/ Jessica R. Corpuz*
[signature of Applicant]