UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| **MATTHEW MISRENDINO a/k/a MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA, INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC.,**<br><br>Defendants. | Case No. 1:25-cv-01773-RP |

### DECLARATION OF EMILY BETH SCHUNK IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

I, Emily Beth Schunk, declare as follows:

1. I am a Defendant in the above entitled action. I am familiar with the facts set forth in this declaration and, if called as a witness, I could and would competently testify to those facts under oath. I make this declaration in support of my Motion to Dismiss the First Amended Complaint.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the October 25, 2025 livestream that I hosted on Twitch, which was later posted to my YouTube account, which is referenced by, and forms part of the basis of, the First Amended Complaint filed by Plaintiffs Matthew Misrendino ("Misrendino") and Mizkif Enterprises, LLC ("Mizkif Enterprises" and, together with Misrendino, "Plaintiffs").

1

#5122043v1

3. Attached hereto as **Exhibit 2** is a true and correct copy of a relevant transcript of the October 25, 2025 livestream that I hosted on Twitch, which was later posted to my YouTube account, which is referenced by, and forms part of the basis of, Plaintiffs' First Amended Complaint.

4. Attached hereto as **Exhibit 3** are true and correct copies of the screenshots that I showed in the October 25, 2025 livestream that I hosted on Twitch, which was later posted to my YouTube account, which is referenced by, and forms part of the basis of Plaintiffs' First Amended Complaint.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the livestream hosted by Misrendino in response to my October 25, 2025 video, later posted to his YouTube account on October 26, 2025, which is referenced by, and forms part of the basis of, Plaintiffs' First Amended Complaint.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a relevant transcript of Misrendino's livestream in response to my October 25, 2025 video, later posted to his YouTube account on October 26, 2025, which is referenced by, and forms part of the basis of, Plaintiffs' First Amended Complaint.

Executed on  Mar 2, 2026 | 8:39 AM PST  at  Austin, Texas.

*Emily Beth Schunk*
EMILY BETH SCHUNK

2

#5122043v1