**EXHIBIT 1**

Video file submitted electronically to the Court via USB drive