**EXHIBIT 2**

Transcript Details:

Video Available at: https://www.youtube.com/watch?v=aBUmFyCt3yU

Date: October 25, 2025

Title: **the last three years of my life 【TW: mizkif】**


<u>Transcription results:</u>

**Emily Beth Schunk**

| | |
|---|---|
| **[0:00]** | So, I mean, you guys can probably tell, but today is not going to be a normal stream. Not gonna, you know, watch videos or play games or anything today. I kind of just have a bunch of stuff that I wanted to talk about and then I'm probably just gonna go offline after. |
| **[0:18]** | Um, but yeah, it's uh I mean I like you guys know, uh I've been streaming for 10 years. Last week was kind of the first time that I ever really like spoke about a topic or like something that happened to me. And honestly, I'm really glad that I did and I'm proud that I did. And um I feel like I have to see it to its conclusion, you know? If that that makes sense. Not just for myself, but for in a way, I kind of feel like a lot of people are involved because it doesn't just affect me. So, that's why. |
| **[0:58]** | Sorry about my voice. I'm very nervous in case you can't tell. Um, but I knew that this stream uh had to be done today. So, yeah, pretty much. Uh, yeah. So, I guess uh might as well get started. Not, you know, stall too much or anything. |
| **[1:19]** | I uh I know there's a lot of people here who don't normally watch. And if you're wondering, yes, I do normally run 20-minute intros. And yes, uh my community at least claims that they like it. I think that they like it. I like playing songs for you guys. But anyway, um yeah. Anyway. We don't like it. Okay, well, whatever. Anyway, uh I'm probably gonna stop reading the chat now as well, but you guys are free to say whatever you want, obviously. |
| **[1:48]** | Um so yeah, uh like I said before, it's been a pretty crazy week and a lot of things have happened um since the last time that I streamed. Um, in relation to what I talked about last week, the whole Twitch Con incident, um, some other things happened that kind of pushed me to talk about a lot of things that I want to talk about today. |
| **[2:18]** | So, as you can see, I wrote out my notes. And not only that, I have even more notes. So, uh, yeah, if it seems like I'm like reading a script or something, it's because I wrote super detailed notes because I wanted to |

make sure I didn't miss anything. Uh, so yeah. So, yeah. So, yeah. So, yeah. Uh, okay.

**[2:45]**    So, um, I think everyone knows about last week the stuff that happened at Twitch Con. Um, I was assaulted and the guy was able to uh leave the venue basically.

**[3:02]**    Uh okay, so like intro. First thing that I want to talk about is um I did see the uh Twitch tweet that I believe went out yesterday. I was literally in a Discord call with my friends and they were like, "Did you see that Twitch apologized to you?" And I was like, "Wait, what?" So, um, yeah, basically what I'm trying to say is, uh, they put out that tweet. Uh, I was never reached like apologized to privately. Uh, they put that out without like consulting me or anything. I didn't know that they were going to do that. So, that was, uh, yeah.

**[3:34]**    Uh, I mean, I'm glad that, you know, they're trying to like take some level of accountability, but there's a lot of things that they didn't mention in the tweet that I feel like should have been mentioned. But anyway, um, more stuff's been happening behind the scenes.

**[3:48]**    Um, so I want to say that last week, um, everything I said on my stream was accurate. Obviously. Except for one thing. I was wrong about one thing.

**[4:04]**    Um, I was going over the tweet that Twitch initially put out where they were like, "Oh yeah, this thing happened to a high-profile creator. Uh, you know, police were on site. Um we're cooperating with law enforcement investigations." What I was wrong about was um, they were not cooperating with law enforcement investigations. I found that out on Monday when I got a phone call from the San Diego police and they were talking to me and they basically said, "Hey, um, we can't really do anything right now because they apparently know the name of the guy, but they're not giving it to us until a warrant goes through." Um, which if you know anything about that stuff, it usually takes a while. Even uh, you know, if it's expedited, which it was being expedited for me, but it's still um, still takes a lot of time. And they're like, "Yeah, they're um they're refusing to give us the name." Which um, as far as I'm aware is like a very common company thing where they'll be, you know, they don't want to give out names of potential people involved in crimes because then like let's that person could maybe like sue them for giving their name to police. I don't know, something like that. That's what my lawyer said. But basically, they were um Twitch was trying to make sure that the guy that assaulted me didn't sue them. Um which meant that the police were not able to work on the case right away.

| [5:37] | So, yeah, I got a call about that on I believe it was Monday from the San Diego police. They were like, "Yeah, we're working on the warrant, but like right now that's like all we can really do, but like we're trying our best. Just like want to let you know we're going to keep you in the loop and everything." I was like, "Okay." |
|---|---|

| [5:52] | Um, I was very frustrated because I was like, "Damn, like I didn't know that on uh Saturday. I would have said that if I knew." |
|---|---|

| [6:00] | And then, um. I believe it was the next day. Um, there was someone who I don't know if they were a viewer or if they were just someone who like knew of the situation from social media. They contacted um my manager and they basically told her that at their place of work um someone came into their work who matched the description of the guy and this person was saying like "Oh I'm you know traveling to Texas and I caused like quite a stir at a Twitch Con." And this person, like you know, reached out to my manager, reached out to police. San Diego police interviewed them. |
|---|---|

| [6:46] | Um, but basically what I'm trying to say is because all this stuff was delayed, this guy was able to get really far away from San Diego allegedly. Um, and this whole time my manager was like basically like begging Twitch like, "Dude, like please give us his name. Like, we don't know who this person is. Like for all we know, he like lives around where Emi and her roommates live. Like I can't like help her if like I don't know who this person is." And they were refusing to do it. |
|---|---|

| [7:16] | But um after that tip, from the person who said that the guy came into their workplace and was talking to him, my manager uh demanded the info from Twitch. So, they did end up giving it to police, but not my manager as far as I know. Uh she still doesn't-- Yeah. |
|---|---|

| [7:37] | So, um, the investigation's still going on, but it's like been a huge mess because of all of the delays and like refusal to work with the police. Um, and yeah, it's um, it's ongoing. I can't like say too much about it, like all this that I'm saying. Obviously, I like ran by my lawyer and stuff. |
|---|---|

| [8:00] | Um, and I do want you guys to know that, um, Melissa has been making sure that, you know, me and my roommates, who are obviously other, uh, pretty well-known girl streamers, that we have, uh, been safe here, paying for like security stuff, making sure we're protected. Again, my manager has been taking care of that all of her own. Twitch did not offer anything like that. Um, and uh, yeah, that's uh, where it is right now, pretty much. |
|---|---|

| [8:32] | Um, I can't say like too much about what, you know, me and my lawyer are doing. But um I my hope is really that there's some kind of like public resolution so that people who like have seen this and like know about |
|---|---|

everything that's happened can feel better about it. Cuz like I said, I don't feel like it's just about me. Like it could have been anyone that it happened to like a small streamer who's not as lucky to have the resources or like you know the reach that I have. So, it's very scary and um yeah just very frustrating.

**[9:16]**     Um and yeah uh I don't know where that's going to go. I'm sure that, you know, they're probably, I would speculate, not very happy with me for talking about all this. But I feel like it's not fair to keep it hidden from all the people who literally had to witness it because of Twitter and Reddit and all these things. I mean, I'm not complaining about that. Obviously, you guys know I was super grateful that the guy posted it, got, you know, spread around so that I didn't have to figure out how to talk about it myself.

**[9:46]**     But yeah, I'm just, it's a lot. It's been uh really heavy this week, but obviously I've been getting a lot of support from my friends and other streamers and obviously my manager, the people that I work with, my uh employees and such. Um, but yeah.

**[10:10]**     Um, I don't want to just let this be a thing that I think that they're hoping it just blows over and gets like swept under the rug. I'm not going to, you know, go live every stream and complain about like, oh, you know, I got done dirty. I'm not going to do that. But I'm going to try to the best of my ability keep you guys updated until there's like some kind of resolution, you know?

**[10:33]**     So yeah, uh pretty uh pretty heavy intense stuff. Um yeah, it's been sorry I'm just looping myself now.  But yeah, I um I would hate if like this kind of just went away and people were like, "Oh, what happened?" You know, I don't know. You know, am I gonna go to Twitch Con next year? And, you know, like if something happens to me, it's gonna, you know, they're gonna try to hide it basically. Uh, yeah. So, there's that. Um.

**[11:19]**     Uh, give me a second. Um, I have some more stuff I want to talk about, but I'm trying to not uh rush myself because I'm trying my best to like, you know, stay composed to the best of my ability. Um, so that I can get the information across accurately. Uh, yeah.

**[11:43]**     Um, thank you guys. Thank you for, you know, um, support and stuff. Like honestly, it's been shocking to me because um I don't know. I guess like whenever things happen, I always just kind of expect the bare minimum outcome if that makes sense. So, um yeah, I've just been very-very thankful. Very thankful and uh very grateful. And uh I hope that you know whatever comes out of this makes other people feel better.

[12:23]      But regardless, like I said, I'm um I'm done with uh going to Twitch Con. Probably done entirely with uh convention streams. I feel like it's just time, you know, and uh I think that's probably true for a lot of streamers. Uh the climate has, you know, really changed. Uh, I've been on Twitch for 10 years. Like, you know, I keep fucking repeating myself recently. And yeah, it's uh it's changed a lot gone pretty big. And I think that's just, you know, the reality that you have to accept.

[13:01]      But, you know, maybe it's not a bad thing cuz, you know, can go back to rotting playing games in your room. It's not so bad, right? Retirement. Uh, no, not retirement. Definitely not. Cuz I I'm the kind of person I'll never give up. You're not going to make me give up. So yeah.

[13:31]      Fortunately, I'm not done yet. Like I said, just uh just give me a bit.

[13:39]      "Was worried you were going to quit?" No. Um and I don't think I'm going to go to any other platforms because I mean first of all where would I go? And second of all I really think that you know this is something that was just I mean this is just me you know being optimistic but I feel like it was just a case of like you know we didn't realize that these things could happen and uh we obviously don't want them to happen and like you know things will be better. And I mean, I'm not gonna I'm not going to leave you guys because of, you know, something that someone else did. I mean, yeah, there's like other places that, you know, I upload content, but Twitch is like really my home. That's why um through all of this, I feel like most people, you know, they I mean, I did make a tweet, but like it was probably like 10% of what I needed to say. Uh, a lot of people make a tweet, make a YouTube video. Um, that's why I've chosen to do all of this live and like raw, raw, because uh it's just what I'm most comfortable with and what I've always done. So, yeah.

[14:56]      Oh, sorry. My like emotional voice is so ugly. Uh, yeah. I don't know. It's just crazy. I just never thought things like this would happen or I'd ever be doing a stream like this. Uh it just feels very strange because it's just very um out of my element. I uh I've never really like for the most part commented on drama or like self-inserted in situations, but I guess in this situation I'm kind of like stuck in the middle of it, against my will. Uh so it's like if I don't do it, who else is going to do it?

[15:54]      I'm just gonna take a second. Sorry, said that like four times, but this is uh it's a lot.

[16:02]      "I hate drama streams." Me too, man. Bro, like I could have come home. I could have worked on beating Senna and Clint Clint's fucking mega bonk scores. Now look what I have to do. So, fucking annoying. I had to cancel my plans.

**[16:20]**     Which reminds me, um I don't think there's going to be a Halloween stream this year. I just I don't think that's um realistic with uh kind of the vibes of things right now. I mean, is anyone gonna be mad at me if I do like, you know, like a Halloween in November thing or I mean, there's always next year, right? I mean yeah, I mean things happen outside of your control. So, yeah.

**[17:05]**     It's just crazy but I mean thank you guys for listening to me listening to me talk and complain. Okay. Yeah, I appreciate it. So, the next thing.

**[17:35]**     At the end of my last stream, I said that when I got home, I would be talking about some other things that I really, really did not want to talk about. But I feel like those things um developing independently of their own from the Twitch Con incident have gone to a point where I kind of feel like I have no choice.

**[18:05]**     So, I've uh already seen a lot of people speculating about what I'm going to be talking about, and some people have been right, but even for the people who were right, they were only like 5 to 10% right. I don't think I've seen a single person online who knew or understood the severity of what I want to talk about today. And I I want everyone to be aware that I've been handling this situation very seriously and I've spent a lot of time thinking this over. And not only that, I've been in contact with a lawyer. I had them review everything that I'm planning to say today um because I wanted to make sure that if I was going to do this, I was going to do it right because it's so serious. And uh I feel like it's going to change things forever. And uh so…

**[19:40]**     Today I'm finally going to be opening up about and telling everyone

**[19:54]**     Sorry, I swear I'm not trying to like make this dramatic or something. Like I said, I really wish I were not feeling like I had to do this. Um, just give me some time.

**[20:06]**     Um, uh, I'm going to be doing a lot of, um, I guess you could say like fourth wall breaking in a way and talking about things that I thought would always be personal and just, you know, I would just carry them myself.

**[20:30]**     Um, today I'm finally going to be opening up about the psychological and domestic abuse, stalking and harassment, sexual assault, and threats of blackmail that Mizkif has done towards me and some of these issues which are still ongoing.

**[20:48]**     For the entirety of this year, I have attempted to separate myself from him and not talk about him at all and not talk about this issue and just not make it a public thing. I have never I always tried my best to keep this to myself,

but I've like I said, I feel like it's gotten to the point, which I'll explain later, that I feel like it just has to be done. And I have always believed in not condemning people or starting drama online. So, I'm sure a lot of people are going to be asking, why am I doing this and why now? And I would like to explain that, before I get started so that people understand um what prompted me to do this today and that it's not just on a whim or something like that.

**[21:41]**     Okay. So, like I said, I took a lot of notes, so forgive me if I'm just if I just end up reading off my notes.

**[21:51]**     The first and probably most severe reason is that one of the rules that I set for myself a long time ago about withholding this information was that if I ever felt like somebody else was in danger of being hurt, I would then make myself speak about it. And two weeks ago, actually when I three weeks ago now, I was informed by three separate people, one of whom was present for said incident that he had done something similar to something that he had done to me and um to someone in LA at the end of September. And this person is not a streamer or content creator, but obviously that does not matter. And because of this, I cannot in good conscience sit here knowing that I know critical information about someone that almost no one else does and not say anything.

**[22:43]**     I think that most issues and dramas should stay private and off the internet. And I still hold that belief to this day and I will hold that belief going forward. However, there are certain things that cross the line and I say that the line has been crossed too many times to be count. There's a point where I believe that people deserve to know. I think that at a certain point, if you know a lot of things about someone and you don't say anything to look out for others, it's wrong. It's wrong to keep it to yourself. I don't want what happened to me or what has happened to other people because of him to happen to other people. And I don't believe he will ever stop behaving the way he does. But regardless, um, yeah, like I said, one of the main reasons I decided to do this stream is to come out about all of this because I can't hold on to it any longer because it feels wrong to do so.

**[23:41]**     And an honorable mention reason for why I'm doing this is that for a while he has been indirectly threatening me through my friends and people that I work with. They've informed me that he said that if I ever talked about anything he did, he would try to create a smear campaign against me in retaliation. I was told that he even approached other streamers who were close with us back when we lived together, asking them if they would join with him, and they all refused.

[24:13]    At Twitch Con, he approached one of my employees, threatening them and saying if I ever talked about him, he would destroy me. Multiple people have told me that his plan was to claim that I kill animals and that I killed my own rabbits since I had several of my rabbits pass away over the course of three years while I lived with him.

[24:36]    I'm sure he's probably listening now and it's probably going to come as quite a shock to him that this information made its way back to me and that I've known for months. But if you try to threaten me to stay quiet, especially using my poor dead animals, I'm not going to stay quiet.

[24:53]    Okay. So, now that I've explained all the reasons why this took so long and why I made the decision to do this stream, I have a few more things I would like to get out of the way before I start talking about all of this. Um, the way that I'm going to do this today is I'm going to run through everything from the beginning to the end to try to get across the story as accurately and fully as I can.

[25:20]    And um, hold on. Hold on. I'm also going to be showing a few screenshots validating what I'm saying. I have more things but this is what I felt comfortable using today. And um I will be running through those later.

[25:45]    Um another thing that I'd like to mention before I start is that during my statement. I'm going to be mentioning directly the names of about half a dozen other creators who are present for certain things. And I want to say that none of these people did anything wrong. I'm just saying that they were there and I've asked all of them permission. They all said that it was fine to include their names, but I I know this won't stop everyone, but I ask um people um for the streamers that I mentioned, please don't go bothering them or asking them for more information. If there's something else that they want to say, they'll say it themselves, so there's no point to go pester them and bother them about it.

[26:28]    There are also streamers who gave me permission to share things that they relayed to me privately but asked me to redact their names which, I, of course, did.

[26:39]    And another the last thing that I want to make clear is that not every person that I interact with or that I'm friends with knew the extent of all of these things. And in fact, most of them didn't. And some of them didn't even know anything at all. I tried to keep things private with my close friends, but if anyone during the past year ever approached me asking questions, I didn't lie and I told them the truth.

[27:05]     But um yeah, I don't want there to be some kind of witch hunt like, oh, you know, you knew in this no a lot of people, you know, didn't know everything or didn't know anything.

[27:19]     Okay, I think that's um all that I have to get out of the way to start. So, um this is public information. I initially moved in—Sorry, I'm still sick, like I said.

[27:56]     Okay. This is uh all public obviously this part. Um, I moved in with him. Um, I believe it was the end of 2021 because, um, he offered. I was, um, living alone at the time and I was having, um, having stalker issues in Kansas and I mean, you guys know like all the stuff that happened there. I ended up joining the ORG and everything. Um, we did a lot of streams together. And I mean, a lot of people already know this, but I'm just going to come out and say it. We um started dating. We were in a relationship starting January 2022, after I joined OTK. Um I'm not planning to go into too much detail about the start of the relationship because it honestly doesn't really matter at this point. It's irrelevant now. The only things that really matter uh that you guys need to know for the story are that it was, one, an extremely private relationship. Uh, it was even hidden from friends and people in the org, but I mean obviously people all eventually figured it out. They're not fucking stupid. And second, it was um an extremely codependent relationship. Um, which it's not the issue, but uh that's just, you know, making that clear for details.

[29:23]     He initially portrayed himself to me as someone who was very nice to girls and wanted to help me feel safe from stalkers and wanted me to succeed as a teammate. And we grew very close over time. And I was very dependent on him for um feelings of safety, uh social life, like my stream, my job, everything. Um, so yeah, besides um it being a very codependent relationship, the start of it was fine.

[29:55]     Um, I saw a lot of people mentioning this. They thought this was what I was going to talk about. Um, it's not a secret. I think everyone who paid attention knew that he was very controlling over what I wore. Um, to a degree, who I was friends with and even when I would stream. So, when it was definitely slow over time that bad things started happening. At the start it would be things like, for example, he would throw he would throw bottles like plastic bottles of liquid in it, not like glass bottles, at me. Despite me telling him like I didn't like it and it scared me and I bruise very easily. He would um throw his phone at me. I would tell him, you know, it scared me. I don't like it. And one time it even hit me in the eye, which caused me to get a black eye. But he always, you know, was like, "Oh, it's uh it's an accident." And I was like, "Oh, yeah. It's an accident." Like, you know, of course I'm not going to think that, you know, he's

**[31:11]**     Yeah. I just at the time I just kind of was, you know, I just brushed it off. And looking back now, I feel like that was kind of the start of him um testing my boundaries, if that makes sense. Um

**[31:30]**     So that was already kind of starting to show signs within the first six months of him, me and him being close. And then again, a very public situation. Um the end of 2022. The um cover-up allegations happened. I mean yeah like I said all that's public. You can find all that see like what I said during that everything.

**[32:02]**     Um, after that happened, his behavior started getting a lot worse, which I mean, I suppose it makes sense. You know, he was very stressed. Um, a lot of stuff was happening, but the bad behavior was ramping up. And I really, I feel like it's so apparent if like, you know, you go back and watch anything from that time. I tried so hard to help him and be there for him because I really believed in him and I wanted him to, you know, get better and get back on his feet and be the person that, you know, I always believed that he was. Um, but that unfortunately did not really happen. Um, for a long time, I think about a year and a half from when that all happened, it was kind of like slow things getting worse. But, I mean, honestly, I'm not even going to bother going into the details of all of that because there's just too much to cover. And, um, it's honestly kind of not really relevant to the rest of what I'm saying because the rest of what I want to say is a lot worse.

**[33:18]**     Um, there was a point where things really took a turn for the worst. Like it felt like, you know, like a very delicate branch just kind of snapped. So, um, and again, a lot of people are like vaguely aware of this, but I'll explain it for people who aren't, you know, chronically tapped into all that stuff.

**[33:54]**     So, for a long time after the like cover up allegations happened and he was like starting to kind of struggle on his stream, uh, he never wanted to stream at the same time as me. Like it we really avoided it. And to me at the time it made sense because you know I was like well of course like you know we share a lot of community members. If we're live at separate times we're both going to perform better. you know, it makes sense. But, um, yeah, we were never really live doing the same thing at the same time for a long time with the exception of like things like events or sponsors or like, you know, just special things for a very long time. And a lot of you guys probably noticed that I would only usually stream on Tuesdays, Thursdays, and Saturdays. That was um because of him. And uh now I stream whenever I want.

**[34:53]**     But um the first time that we ever streamed at the same time was for the 2024 Rust Kingdoms event on Twitch.

                We were sharing drops. So, it was the first time in a very long time that we were both going to be live at the same time doing the same thing basically. I know you're probably like, "What the fuck does that have to do with anything?" But um it'll make sense in a bit.

Um so I'm live. Um he's live. We're both streaming. And like I said, you can go find all of this. This is this is public. There are clips of this. Um we're both streaming the Rust event. And I thought it was going really well. I thought everyone was having fun. I was like, "Oh, this is this is great." everyone's, you know, doing the same thing at the same time.

We're all hanging out, you know, we're going to have fun. Like, I was really, really excited.

Um, and then I start seeing in my chat people start saying, uh, unofficial mis raid, and I'm like, what does that mean?

And then I check my Discord messages, and he's messaging me. He's saying like, Emi, um, you know, I'm going to kill myself. I waited or I'm going to KMS. I waited so long for this, etc. Um, and uh, basically he was upset because I had higher viewership than him. That's literally it. Uh, I had higher viewership than him. And like I said, this is during an event, so there were drops. Like, everyone knows when there's drops, like it's not even [ __ ] real.

But yeah, um, he starts messaging me. He's really upset. I tried to tell him I was like, "Bro, you should come back and play. Everyone's having fun. Everyone's like wondering where you are." Uh, but yeah, he ended his stream. And then I'm still live, you know, trying to act like nothing's wrong.

**[37:05]**    And uh, in that house, I had a glass door so I could like see this was happening. He was walking behind me, making sure that I knew he was there.

And um by the okay by the way so there were many ways out of that house if he wanted to leave the house that were closer to his stream room. He intentionally chose the door that was right by my room. I feel like that's pretty apparent at least to me.

He starts walking behind my stream and slamming the door so loud that my noise gate can pick it up. So, even people on my stream are able to hear this is happening. And he slams it so hard and so many times that the front door literally broke. The lock did not work anymore. It didn't work for months and it would just make this horrible sound that I would have to hear like every fucking day.

But anyway, so I hear him back there doing this and I'm like, "What the fuck is going on?" So, I tell my stream, I'm like, "Hey, uh, guys, I'll be right back."

I get up and I go talk to him and I'm like, "Hey, what like what's going on?"

And he's like, "Emi, like I hate all you guys. Like, all you guys do is just take from me." And like I'm just done. Like I'm just done.

And I was like, "This is like really happening because of rush drops."

And he was like, "I don't know what else to do." He was like going off on me like basically saying that he hated me.

And I was like, "Well, I don't know what to do now." and he was like, "Go finish your stream so that people don't know anything's wrong."

And um I stop in the bathroom outside my stream room and I'm like, you know, checking my makeup trying to make sure people can't tell that I was like crying. And uh I'm only in there for like 30 seconds and he comes and like looms in the doorway.

He's like, "What are you doing?" And I'm like, "Oh, I'm just I'm just checking my makeup." So, I go back and uh I stream for a couple hours finish the stream, do my best um to just like, you know, carry on the show basically.

**[39:17]**     Um and yeah, um after that, like I said, was when things started to get really fucking bad. Um it was like something just snapped. Um, for the rest of the week, he streamed the Rust event. He got all the drop viewers. I'm sure he was very happy. I mean, good for him. Um, and during that time I obviously was like thinking and processing a lot of what happened. But I mean it was a lot because this person was at the time like kind of my I mean it was like my partner and my best friend and like the only person that like I really talked to ever or like at least off stream. Um, so I mean it was just very it was a lot.

**[40:09]**     But the very next stream, I went live about a week after that and I announced that I was planning to move because I knew that I would have to move. So, I was like, "Okay, I have to go live and say this." So that, you know, kind of force myself to commit to it, right? Does that make sense?

Um, obviously I um didn't move out right away, but after like all of that rust stuff happened was when the other um domestic abuse stuff really started.

He would um destroy furniture in front of me. He would throw things in front of me and near me. Destroy walls. Again, you can go see this in some of his VODs in his bedroom, the holes in the wall. Um, there would

be times where he was upset at me and I would go to my stream room and literally lock myself in to get away from him and he would be banging on the door and screaming at me.

And at the time he also would more often do things like going like if we were driving in the car together. He would be going like 150 miles an hour and like one time he even said like well now we're both going to die like threatening to kill both of us.

And this wasn't like even necessarily because of me or like because of something I did a lot of the time. Like one of the times that it happened, it was because um we were just getting food and he was on his phone and he saw that um Mr. Beast had put out a video and Mr. Beast had invited another streamer and he was like, "Oh, Mr. Beast invited this guy to his video and not me." And I was like, "Oh, well, you know, like, huh, yeah, I guess so." which led to him going 150 miles per hour in the car and talking about killing himself while doing it.

**[42:14]**    Um then at home other things would happen like I'd be trying to sleep and he would scream at me and say that it was all my fault that he felt insecure. There was a time that um I walked into a room that he was in and as soon as he saw me there, he threw his phone at the dresser and started yelling because - because I had posted a YouTube video within the same couple of days as him and mine was doing better.

So basically, I felt like I was kind of stuck in a loop where I felt like I had to constantly perform and like prove my value to not be thrown away, but at the same time, if I ever performed too well, I was going to be punished for it. And uh it just felt like a very rough situation to be stuck in because I mean streaming is my hobby and my job like it's a huge part of my life even before you know I met him and became like a larger creator.

And I remember thinking all the time how it felt like he hated me but he still wanted me around um for his channel and like his thumbnails and everything. And uh this is still before I moved out.

**[43:46]**    There was a time where it was the - the tension in the house was so unbearable that I would sneak out and I would sneak into Espen's house using my code. And um Espen didn't know why I was doing this. He saw me a couple times. I'd be like, "Oh, I'm just gonna go uh take a nap in your guest room." We'd be like, "Yeah, that's fine." Um, I would sneak into Espen's house just to have some time of like peace and quiet. Um, but eventually um he figured out where I was going and he would go over to Espen's house to keep telling me off.

And there was um a time that he did it and um I was laying in the guest room bed and one of the roommates in that house had um come to see like why I was crying and they were standing in the corner and Miz, he came in and he was very physically aggressive. He was like, "Emi, like what are you doing?" Like angry.

And then as soon as he turned and saw this other person standing there, he instantly like deflated and changed his tone. He was like, "Oh, Emi, I was wondering where you were. Like, are you coming home?" And um that roommate like later asked me about it and they were like, "What the fuck was that? Like, are you okay?" And I was just like, "Oh, it's nothing."

Because I felt like a lot of the reason that I didn't tell the people around me was because I felt like no one would understand or even if they understood, it would just be a burden to them because all of our streams and social circles and communities are so intertwined. I was like, maybe it's just better for me to deal with this and like hope things get better, basically.

**[45:44]**    Um, I honestly don't even remember what the final straw was that I finally was like, "Okay, it's time to go." Like, I prepared the house that I lived in before this one, like pretty much immediately after the like breaking the front door thing happened, but I was still like scared and unsure.

So, I don't remember what the final straw was, but I remember - I remember the day I took Cheddar to the house cuz he just randomly started like screaming at Cheddar was like, "Get that fucking cat out of my house." So, I- I just grabbed Cheddar and put him in my car and grabbed his litter box and took him there and I just left him there and never took him back to that house.

And then um I think like within several days after that was when I finally moved out. It was on very short notice. Um like I said, I don't even remember what the final straw was because so many things happened. But there was a time when I just knew. I called some movers. I said, "Hey, can you come tomorrow?" And they were like, "Yeah." And then I literally moved the next day.

Moving out into the last house that I lived in was um a huge step mentally because like I said a big part of why I moved into the first house in Texas in the first place was because I felt like it was the safest option for me because you know I am a girl where it's like kind of scary for me to be living alone. Um, so it was it was very hard and at the time even though like all these other things had already happened, I was very hopeful that me and him could be cordial and like eventually like things would be fine

at least publicly like for stream reasons that you know everyone could just keep streaming like nothing had happened.

And you know, I at the time I thought that would be the best thing to do. And I felt like if I, you know, separated myself from him without explaining anything, people that watched us wouldn't understand and would um attack me. I was uh yeah, I mean, it ended up happening anyway.

**[48:14]**     So, but um yeah um after I moved out, we like I said still kept in contact. I had hoped that somehow things would get better. Um he would always beg for me to come back and he would promise therapy and change and like even talk to other people and like kind of present like, oh, I want to change. I want to be better for Emi or whatever.

**[48:43]**     You know, there was um a short period in October where we had broken up because I mean honestly doesn't matter now. And when that happened, I honestly felt relieved because I was like, "Okay, finally it's like on his terms. So that means he'll be satisfied and he'll say be able to say it was his choice and he'll leave me alone." Um because whenever I would try to push for it um it just felt like I couldn't like really sever it if that makes sense. Um but I mean obviously hence me doing the stream that was not the end of it.

**[49:30]**     Um, a week after this breakup, he asked to come over to my house and talk for closure. He came to my house and um I was crying like crazy because the emotions were just very high because I was dealing with a lot of major shifts in my life as a result of me attempting to start to try to distance myself from him. He um so yeah, we were just talking and I was crying a lot.

He started to try to comfort me by hugging me while I was sitting on the couch and holding me really close to him. And when this was happening, we hadn't talked in quite a while. And I'm usually very uncomfortable with being touched a lot by people that I'm not in a relationship with.

But um I let him hold me while I was crying and he started kissing me in my face and I let him do it. I was still sobbing a lot. And then um suddenly he tried to climb on top of me and aggressively shoved his hand down my pants and um I screamed. I-I Yeah. And when I screamed, he jumped off me like a cat like. And um instead of apologizing or checking if I was okay, he said, "I feel weird now. I feel like I did something wrong. I have to go." And he immediately left my house while I was still crying without um checking if I was okay or anything.

And at the time, I was still making excuses for him. And I was still afraid of causing trouble for other streamers around us or like, you know, making things weird for viewers. I know that probably sounds crazy, but like I just felt this pressure like I had to try to keep things together, if that makes sense. Um, I yeah, I felt like I'd caused trouble for so many other people if I ever said anything bad about him or if I caused riffs in our friend group or streamer group. I tried to stay on good terms with him and hold everything in.

And also, I still cared about him a lot and I still-still at that point had hope that um things would get better and that, you know, he would improve.

**[52:12]** And um he'd also always hammer into me how he never physically abused me because he never hit me. And he would coach me and tell me to tell people or other streamers who are asking about it because they were concerned. He would say um tell he'd say tell them that I never hit you. Make sure that they know that I never hit you.

**[52:37]** Um around the same time, um this was during Only Fangs 2, so I guess like Decemberish, he would um often message me in the middle of my streams and berate me for things like playing the same class as him in WoW because he thought it would make people think that I was better than him.

And again, like I said earlier, I felt like I was stuck in a constant loop where I had to perform well to not be thrown away, but if I perform too well, I was going to be punished. And um I actually wanted to show some of those messages because obviously a lot of these things I um yeah, I'm not going to fully read these out because I honestly just don't want to read them out, but I feel like I want to show them to like kind of show what I'm saying. [show screenshots]

**[54:00]** And um I am planning to probably post the VA of this somewhere. So, if you know you want to read this later um that's fine, I guess. And again, this was all happening while I was live. You can literally go find the stream and see me um trying to deal with this while I'm live in the middle of a dungeon trying to just play the fucking game.

**[54:42]**

Oh, fuck I think I….

**[54:50]**

Um…

**[55:00]** Tank Emi do it. Let me handle all the hate, the criticism, the you're worse than Emi's. The Emi is so much better. The people saying you're better in

every chat. The comparison says nobody will ever be on my side. Let me deal with it. You have fun. I asked you not to become a tank. you didn't listen. And now it's the classic, what was I supposed to do? I'm not dealing with this.

And like you can, like I said, you can go find the stream. But for context, I was playing warrior in World of Warcraft in like a level 24 dungeon. It was like Silver Pine. Like it was just like it wasn't even like it was like dog shit gameplay, I'm going be honest. Like so yeah. Um yeah.

**[55:47]**    Um yeah, you can uh read that later, I suppose, if um…um yeah, like I said before, hold on.

I was constantly trying so hard to compromise with him because I wanted to- I wanted to be cool and I wanted us to be able to coexist in the same streaming sphere and but I felt like I could never win and he hated my whole existence like ever since that one stream where I had like a little bit more viewers than him and he would say that it was my fault that his stream was dying because Most of his viewers liked me and whenever he hit on another girl, they would be confused or not take it seriously because they knew that me and him were together privately.

And he said if he would be able to hit on other girls and convince them that it was real, he would get his career back. Um that was like started within the last couple of weeks that we spoke to each other.

**[57:00]**    He started um saying terrible things to me about other streamers in Austin. In particular, um one specific streamer who I know there's a lot of people that know he has beef with certain streamers. It was not one of those streamers. It was someone who to this day has been nothing but nice to him. He would say horrible things about this person like about them in their stream and it was just it was very hard to listen to.

And just in general, he would say horrible things about other streamers in Austin, like I quote, "I hate everyone here. You are all useless to me. You're worthless to me because it does nothing for my stream anymore to collab with any of you." And him saying that was the final straw for me. The day that he said that to me about other people was the first day that I ever for the first time started to ignore his calls and messages.

And um because of that, he even threatened to come to my house if I didn't answer. But um I did end up calling him back and I spoke to him and I basically told him that I felt like I could finally see things for what they were.

And he started panicking and he was super apologetic and he was saying he didn't want to lose me which um wasn't the first time that he like did something like that and was like you know basically begging me not to leave but that was definitely the most extreme time and again like I said I always had the hope that things would be cordial or that you know we could be fine with each other.

So, I agreed and we agreed we were going to talk about all of that, um, we talked about it about a week later and instead of apologizing for anything, he basically told me that he realized he needed to go to Japan and LA to get his viewership back up and he was basically too young to focus on friendships and relationships. And um it was uh I mean despite everything, like I said, I still cared about him. So, it was still hard. And I mean it was it was like a mix of feelings, you know, like I was devastated, but I was also so relieved.

**[59:33]**    Um but because of the past incidents during like other fights and um times I would try to separate myself from him, past incidents during those times of him manipulating me into staying close with him and giving him more chances, sexually assaulting me, um the abuse and just him generally not being a very nice person.

After that, I decided that the only solution and way for me to move forward, I made the hard decision, but I know now for sure the right one, was to finally completely cut contact with him. I knew it'd be very hard because our careers and our communities were so intertwined, but I knew that I had to do it and that there was no other choice.

So, I have not spoken to him since January of this year. It's been 10 months, but uh you think that's the end. It is uh unfortunately not. I haven't spoken to him since January this year.

**[1:00:42]**    It only took a couple of weeks, but soon the messages started. Um, he has attempted to contact me over 40 times, over 40 times individually this year in individual texts, Discord messages, Instagram DMs, and phone calls. And um, I'm just going to show those.

[screenshots]

**[1:01:19]**    And at first um - at first it starts simple uh be confusing messages or like him expressing he was worried about things. Um, like first it wasn't anything weird.

**[1:02:22]**    This is not someone who loves or cares about you. [screenshots]

**[1:03:23]**    And keep in mind this is only things that he sent to me. I can't document all the things that people told me that he was saying. And um just kind of a

funny side note I guess I would like to highlight this message because um doesn't really matter but I ran it through the chat GPT checker and all the highlights uh like I said doesn't really matter. I just thought it was interesting. But um yeah um…

**[1:04:16]**    Like I said at first the messages were just simple things like um him saying he was worried about things or saying no one was talking to him which I don't think was even true at the time. I think he was just saying that to try to guilt me into responding to him. I'm not sure about that, of course.

Um, this also extended to in-person interactions because initially I made the mistake of thinking that I only had to cut him off through private communication and, you know, we would be fine going to the same events and parties and such.

**[1:04:53]**    I also have to start Hold on, I'm still fucking sick.

**[1:05:07]**    I made the mistake of thinking that I only had to cut him off um through personal private communication, but I also had to start avoiding going to the same parties or places I was worried he'd be in person because um this was after he came back from his first trip to Japan.

Um, there was a party that I attended several months after I first went no contact with him. I was aware that he would be there and I thought it wouldn't be I thought it'd be fine. I thought it wouldn't be a big deal. I thought I'll just let him have his space. I'll have my space. You know, it's not a big deal. We're adults, right?

Um, during this party, I felt like he was following me around and monitoring me, monitoring me, but I thought that I was just being paranoid. Um, I was like, "You're probably, it's probably just in your head." Um, I was hanging out with Nick and Catchy and a couple other friends. And, um, at some point Nick was like, "It's too fucking loud down here. Let's go upstairs. No one's upstairs.

Let's just go, you know, chill in a room and like talk where it's not so loud." And, uh, I was like, "Okay." So, they as a group went upstairs first without me, but it took me a bit longer to um get up there because someone like stopped me and was talking to me. And I did feel like I mean, he was like standing pretty close to that person. I felt like he was watching me, but again, I thought I was just being paranoid.

But, um I went upstairs. I was hanging out with Nick and Catchy and you know, our other friends. And then about 30 minutes later, the room that we're in, the door opens, it's Miz. He opens the door, makes eye contact with me, goes, "Oo." And then closes the door, and leaves. And I was like,

"What the fuck?" But again, I was still trying my best to, you know, give the benefit of the doubt, like, you know, maybe it's just like an awkward situation or something.

**[1:07:22]**  But a couple months later, the person that he was hanging out with that night reached out to me privately and was apologizing. And I was like, why was why? And they're like, I just felt like I had to apologize to you because I felt so bad and so embarrassed of what was going on. Like, yes, he wanted to see what you were doing. He was saying like, I want to go see what's upstairs. And he was checking every room. And then after he opened the room that you were in with Nick, he closed the door and started laughing. And then he just wanted to talk about, you know, how you guys broke up for the next like however many hours of the night. So I was like, "Wow." Um, okay. Um, that's good to know, I guess.

**[1:08:07]**  Um, the next story um that I want to tell involves what happened to me, Valkyrian, and Senna earlier this year when we were attacked at the Santa Monica Pier because um that was obviously.

Hold on, let me close all these fucking texts. I don't want to look at them. They're still on my desktop.

**[1:08:44]**  Um, where was I? Um, yeah. So, yeah, happened March 3rd of this year. Um, a lot of people were talking about it, talking about how me, Ray, and Senna were attacked. Um which was not an issue. Like we had no issue with that. Like obviously it's big news. People are going to talk about it. It should be talked about. We had like no issues with anyone talking about it and covering it and that included him. I was I was fine with that. Um he um yeah, he joined in on that whole thing of people going live to talk about it. And again, I'd like to remind people at this point, we were already a couple months into me being no contact with him, making it clear I didn't want anything to do with him.

Um, and so during this stream, he was covering what happened to me, Ray, and Senna. He decided that he was going to tell more of my personal stalker stories that I've never personally talked about or shared publicly myself. And one of these stories was one that like no one knew at all. And like it's just it just felt so shitty because at the time that those things happened.

Um like you know all the people that lived in that area together, we all came together and we all kind of decided and this was heavily pushed by him. We should never talk about this because you know people are going to be weird. Um, it puts Emi in more danger and, you know, gives people ideas, so we're never gonna talk about it. But, you know, of course, as soon as there's some big drama that he's not involved in and he finds a way

to, you know, bring up, oh, I was there for something that happened to Emi, he does it.

Um, he, um, yeah, he was on a stream talking about these personal stories of mine and, uh, I caught wind of it. Um, and by the way, it was also so frustrating to not say anything at this time because the way he told those stories, he kind of frame himself as like the hero. He was like, "Oh, I held the stalker at gunpoint." No, no, no. The only person who ever came into contact face to face with that stalker before the police came was Bonnie. Bonnie is the person who found that guy outside, went inside, told everyone, called the police. The police came. All Miz did was he stood far away from the front door behind glass and metal with a gun. Yeah, I mean, I understand. Still very scary, but why are you acting like you like if anyone deserves credit for that, it's Bonnie. Like, it's literally stolen valor. I'm so glad I finally get to say that because she is the one who like kept everyone in those two houses safe, not him.

**[1:11:46]** Anyway, um back to the original thing, the Ray and Senna stuff. Um so, um I was obviously panicking like I just had this horrible thing happen to me the night before. It was like huge, like public, millions of people seeing it. And then my crazy ex-boyfriend is going live talking about more of my personal stuff and uh I'm like crying and uh Senna and Ray are like "what's wrong?" and I tell them and I'm like panicking.

I'm like I need to call I need to call so and so. I need to call so and so. I need to call so and so. Like these different people that I was like they can contact him because I did not want to contact him. So, um, Ray, Senna, some of me and Miz's mutual business partners, and Asmin Gold were all, um, messaging him to stop. And by the way, um, Asmin-Asmin Gold told me that he tried to call Miz while he was talking and it rang three times and then hung up, which means that he saw it and he just wanted to be able to keep talking because uh, yeah.

Anyway, just a little note. Um, um I don't know exactly what like the other people said to him, but I Ray and Senna told me that they were messaging him being like bro like stop. What are you doing? Like why are you doing this? And he was messaging them who were also equally as traumatized as me. Of course, they had gone through the same thing. Oh, um I don't what am I doing wrong?

I'm letting people know what, you know, girls. Was that your job? Uh well qanyway um yeah that that all happened a couple of months into me being no contact with him and yeah he was arguing with Ray and Senna while they're trying to be like bro like stop like you're making it worse. Um, he finished talking about my stuff and then reacted to Senna and Ray's whole

stream where they were crying, addressing their communities. Made sure to react to that and then immediately went offline.

**[1:14:09]**    So, yeah, that was a terrible weekend. Um, I got threatened to be stabbed and then the next day my uh weird ex was going live trying to self-insert so that he could make sure to farm his own clips. Um, after that incident, his attempts to talk to me only ramped up, which I showed his text. Um, he went back to Japan. And during that trip, he was texting, calling me, uh, trying to call me quite a lot, begging me to take him back.

And at the same time, um, I heard that he was reaching out to quite a few other streamers who know both of us and he was crying to them about how he wanted to get back together and how he thought someday we would reconnect and eventually get married. Um, I think I don't think he even meant that, but I hope not. But I assume he did that with the hope that they would relay the messages back to me since I wasn't talking to him. And uh I mean some of them did.

Um I also had a couple other streamers report to me that he would obsessively watch my stream and not in a like, oh, I wonder what Em's doing right now way or like having my stream open. Like he would be obsessively and attentively hate watching my stream. like watching my stream and just saying horrible things almost every time that I've been live this year. Um, and they tell me that he would want to discuss how he believed I still wanted him. Uh, interesting considering I never replied. And he would ask other guys if they thought I had slept with anyone uh this year. They'd be like, "I don't fucking know, man." And then uh they told me he would say stuff like, "No, there's no way she's done that. She's not like that and she's probably waiting for me." Uh just really fucking gross stuff like that.

**[1:16:19]**    Um, and a couple of streamers in LA also told me that he was telling people that me and him still talk all the time, but we simply weren't together anymore because I was too mature and I was not ready. I was too immature. Um, but yeah, you can see from the messages I showed. Um, I'm not sure if like I mean people can go back and read them.

Uh, he was begging to take me to take him back for the majority of this year, which was seven -or-eight months total. And like I said, some of those messages were even uh I believe chat GPT. Not that it really matters. It's just interesting, right?

Um, as of today, it's been about two months since he has attempted to contact me directly. I think because about two months ago was when he started kind of getting scared that I might have been like, you know, telling people things, which again, I wasn't going out of my way to do it,

but if anyone ever asked me, I wasn't going to lie to them. Um, I mentioned this at the beginning before I started like fully telling the story.

**[1:17:36]**     Um, I heard from my friends, other streamers, and my employees that he had cooked up a plot that if I ever tried to talk about him, like about the abuse or anything else, he would try to go live and say that I killed my rabbits. And I was told that he approached several streamers who were around us a lot when we live together and asked if they would basically back him up and they refused. Obviously, they're not insane.

Um, and even something happened this weekend at Twitch Con. One of my employees told me he went up to them and he threatened them saying, "If Emi ever tries to talk about me, I will destroy her." Um, whatever that means. And within the same night, he also texted one of my best friends and he would have known that I would have been with this girl. Um, he texted her saying, "Hey, uh, worried about her. Hope she's okay." You know, right after he just said to my employee and other people that he was going to try to destroy my life. Um, yeah, all in the same night.

**[1:18:57]**     And uh yeah, that was Saturday. So that pretty much leads us to today. Um feel like it's clear I've spent the last year of my life cutting him off and building a new life with people that actually care about me and doing my best to move on peacefully without causing any drama. I did not want to do this.

Um, a lot of people, a lot of other creators actually told me that after his other allegations in 2022, if I wasn't the first person to stand up for him and start appearing on his channel again, they do not think that they would have gone back to helping him with his content. Um, so I always tried to keep things private, always tried to make things better, had hope that things would get better, you know, tried to be supportive.

And my thanks that I got for all of that was abuse and resentment. And for all of 2025, all of this year harassment and hatred from him and his community, while he was the whole time secretly begging for me to take him back behind the scenes, um, I've taken a lot of steps already.

**[1:20:22]**     As I said, it's apparent. I've taken a lot of steps to restructure my life and be a lot more careful about who I help and who I invest my time and my care into. And I'm doing a lot better now. But I felt like this was a necessary stream because like I said at the very beginning, I have heard that he has done things to other people that aligned with some of my own experiences.

So, I felt like it would be wrong for me to keep holding on to all this information. I um I know I stayed for way too long and I thought that I

could help and I unfortunately learned that I couldn't, but I worked really hard to have the life that I have now with my friends, my family, my pets, and my community.

And I'm so grateful for how things are now. Um it was very difficult, but I'm very proud of myself for making the choices that I did to end up where I am now. And um yeah, that's um that's my story of um dealing with abuse, um psychological and domestic abuse, um sexual assault, and um stalking and being threatened on if you know I ever talked about it.

Um, and this whole time it's been kind of hidden in plain sight away from hundreds of thousands of people. And uh, yeah.

Um, I know that me saying all of this probably isn't going to make him or what's left of his community leave me alone, but I'm --Sorry, voice crack. I know talking about this probably won't make him or sorry probably won't make him or what remains of his community leave me alone, but um I'm at least glad that people will be aware of all of this now and I won't have to feel like I'm hiding a terrible dark secret anymore. And uh it's all out there now.

[1:23:38]     And I also want to make it clear that um not everyone that I interact with or that I'm friends with knew the extent of the things that were happening. And a lot of streamers didn't really know anything at all. But I mean, like I said before, people aren't stupid. I think it's pretty clear that a lot of people knew that things were happening. And like I said, you have to remember it's not just me.

A lot of people have told me that they have their own, you know, grievances with him. Um, but for the people who did know about this, um, thank you for being there for me through all of this and supporting me and cheering me on. Um, and there were a lot of people as well who even though they didn't know anything without asking any questions, they still were very kind and supportive and I will always remember that for the rest of my life.

[1:23:42]     Um um I also want to say just so people know that I'm not just trying to like put this out there and then you know I am already in the process of filing a restraining order on him in both Texas and California. Um, and I also wanted to say that I would not be surprised if he tries to sue me for this stream that I did today and for coming out about him, not because he thinks that he would win, but for PR reasons, like a slap lawsuit.

Um, it'd be interesting if that happened and I wouldn't be opposed to people finding out more of the truth and things that I didn't even talk about

today and what else he's been lying about. And I'm sure there's also plenty of things that even I don't know about.

And uh yeah, there's more things that I didn't even talk about today, but I'm hoping that now that I have this out, this is the last time I ever have to talk about it and I can be like, "Okay, I got it out there. I'm not withholding this anymore. It's out there."

And uh yeah, I guess that's uh pretty much it. Definitely not how I would have been liked how I would have liked to spend my Saturday. I would have loved to uh go to karaoke with my friends or something like that instead. A lot of people like karaoke, right guys?

**[1:25:32]**    Um yeah. Um, I think that's it. I'm probably gonna take some time off. I'm not sure. Like, I genuinely have no idea what the response to this all is going to be like.

I really just want to, like I said, do my best to move on from this cuz I've already been doing that for a year. Like I said, I feel like that's pretty clear. Um, yeah, that's pretty much it. Um, thank you guys for today. Um, um, I asked my editor if he would put this on YouTube for if you guys want to look at, you know, any of the things that I shared today, but like I said, all of these streams that I referred to today are public.

You can easily find them. And um all the people that I mentioned today gave me permission to mention them except I think I mentioned Mr. Beast Stoops, but I mean he's not involved. Uh yeah. Um yeah. I don't know. I never thought that I would be doing this stream, so it feels really weird to have done it. And it's uh it's over now.

Yeah. Well, now you guys uh know everything and uh all the things I've been holding in for the past couple years. So, yeah. Um, thank you guys for listening. Um, hopefully I'll be able to keep giving updates on the Twitch Con stuff, but I'm hoping to put this other chapter behind me. And like I said, I don't know what's going to happen, but I feel very confident that this was the right thing to do, and I don't regret any of it. Thank you, guys.

Um, I'm going to go spend time with my friends and hopefully I will see you guys all very soon. Thank you for everything. I guess that's it.

See you guys when I see you. Goodbye.