**EXHIBIT 3**






