**EXHIBIT 4**

Video file submitted electronically to the Court via USB drive