**EXHIBIT 5**

Transcript details:

Video Available at: https://www.youtube.com/watch?v=v_na4AazJ0g

Date October 26, 2025

Title: **Mizkif The Truth... Transcript**

Transcription results:

**Matthew Rinaudo**

| | |
|---|---|
| [0:00] | Is this goodbye? No, it's not goodbye. Not at all. Explain yourself. I will. There are some people that are saying some pretty crazy things. I haven't even gone on Twitter. I saw other things. I'm like, damn. But I've been around for 10 years now. A lot of you guys know. Pretty far away from this stuff at this point. But I am totally okay with exposing a lot of things and saying things at this point. I think it's pretty obvious I will not be friends with any of these people after this. Lewig was right. |
| | I am going to completely separate myself from these people in this community, which is fine, and I've already been doing it. But I have hundreds of messages and DMs from people, things that people probably would never want to get released that are very interesting for everyone. And I will be releasing it as time goes on because why not? |
| | Before that, I would like to address everything that was said today. I wrote this myself, so I don't know if it's even good. I am not the best writer, as a lot of you know. I have a lot of half my screen right now is red um because I can't write for shit. It's not through Chat GBT. Shut up. |
| [0:53] | So, this is April of 2021. We met online when we were playing AT&T annihilator Cup. This is me and Emi. I was introduced to her through it and my chat started to like us hanging out. I didn't have feelings for her or anything, but I thought we could start hanging out more and be friends. So, we met through the Annihilator Cup. A lot of you guys know this. I was playing with her. My chat liked her a lot. She was fun to hang out with. So, we started hanging out. |
| [1:13] | We started to play games with each other on stream and we started to grow closer together. We started calling each other and we were flirting. We didn't do anything, but it was pretty obvious that Emi had feelings for me as well as I had for her. Uh, but we couldn't really do anything because at the time she was dating a girl named Bonnie, another cosplayer from another state, and I was dating Maya. |

| | |
|---|---|
| **[1:30]** | Me and Maya broke up. I broke up with her because the relationship felt stagnant and Maya's sanctuary started to take over a lot of her life, and we hardly had time to hang out with each other. Since Maya moved out, I knew I wanted a streamer to move into the house, preferably a girl to film content with, but I didn't want it to happen so fast. I didn't know if I wanted to be Emi, but she told me about a stalker that came to her house with a bat, and she didn't live at her house anymore. I told her to come move in with me in Austin because she had a stalker and we want to make content and the guy will probably be scared since there's a bunch of people around instead of her in her Kansas home by herself. |
| **[2:02]** | From there, our relationship started growing very fast. Within just weeks of moving in, she would sit in my room with me late at night and I would watch Pokémon over and over again season 1. I loved it because she made me feel like it was because it felt like my childhood and a place of calmness. She would fall asleep in my bed, but some nights we would touch our backs and legs together. We knew we liked each other. We just knew it was a bad idea. |
| **[2:23]** | Talks of her joining OTK happened fast as well, and I knew that if we were potentially going to date, we'd have to keep it a secret. Nobody was allowed to know. Streamers as well were already starting to resent me, saying that it was a shitty thing that I moved Emi in so fast and replaced Maya so quickly. If people found out we were dating, I could be hated by my peers and lose what I created in OTK. I didn't know if we were going to date, and I knew if we were going to make it happen, it was going to be very stressful. But I had no idea what was going to come. |
| **[2:49]** | It was the beginning of January of 2022. Emi just had her huge party in an arcade celebrating her birthday on stream. Everyone from Austin was there and as we were celebrating her joining OTK. There was a huge scare. Someone outside in the parking lot rammed into my Audi R8 and drove off. And while we were outside thinking it was a skitso viewer, we were told that the person who just hit my car was now inside holding a gun. This scared us to no end. |
| | Me and Connor's pants ran inside in fear to get everyone out and make sure everything is okay. My first concern was Emi and wanted her to be safe. The cops came. The drunk driver did have a gun and was sentenced to 3 to 5 years in prison. Me and Emi were terrified that night. And on the way home, I grabbed her hand and she grabbed mine. And we knew we were trauma bonded and we didn't want to let go. |
| **[3:29]** | We would wake up together, stream together, and hang out with each other all night. She quickly became my best friend and someone that I felt for |

the first time I was in love with. We hung out all day, every day. We were always so happy with each other, playing games until the night, loving every moment we were with each other. I remember one day I left my house. She called me just so we can be on the phone together as we always did. And we were playing a song called Falling in Love with You with Elvis came on and I felt that love. First time I felt love for a girl and I thought I'd wanted to never let it go.

[4:00] The first year of our relationship, we almost had no fights. We started to date officially in January of 2022. And up until my cancellation, everything was perfect.

She brushed over that I threw water bottles or my phone near her, but that wasn't during fights. I want to make that very clear. It would be me throwing my phone on my bed when I brushed my teeth. She did tell me she got a bruise from it and I stopped. That's all that happened. I will throw you and show you an example, chat.

I'm brushing my teeth right here. Look at me. I, would throw my phone on the bed. Like I would just lob it over because I was going to bed. So. I would just throw the phone. That's it. And when she that that's the whole thing. I didn't throw it at her. I want to make that very clear. I never threw it at her. I never hit her. And she even said in this sent in in her situation that she bruises easily. She brushed over that I threw water bottles with her on my bed or my phone near her, but that wasn't during our fights. It would be throwing my phone on my bed when I brushed my teeth. She did tell me she got bruises from it and I stopped. That's all that happened.

[5:00] I did feel a lot of stress over the time of our relationship up until this point from her stalkers, from the ones that would show up at her old house and also stalkers that just had her had from her Tik Tok postings. We found after being with each other that her stalkers had a lot from uh would come to her a lot from her short form content. These people were schizophrenic and would think that she is talking to them. Whether it was songs she played, the way she looked at the screen, or just the titles of the videos, these people started to feel she was talking to them and come to our house to stalk her. These people thought in their heads they were dating her. They were out of their mind and dangerous.

I told her if we're going to be serious about this relationship, I need her to stop posting as much and to not farm these people. She agreed and understood that it was a safety concern for not only me but the house. Russell, Simply, Corey or anyone that was in my house or anyone that was near us. She agreed that she wouldn't want to hurt anyone else and knew that posting these types of Tik Toks and posts can mess with us and is

|        |   |
|---|---|
| | something I'm not comfortable with as a guy. So, she would tell me that if I had a problem to let her know. |
| [6:02] | And at first, it was minor things here and there, but over time it got harder and harder to deal with. There was more stress on top of this. We both had to hide the relationship from everyone. If anyone found out or was known, I could get in a ton of trouble with OTK and cause a ton of problems. I told her if we were going to be serious about this relationship, I need to stop posting as much and to not farm these people. And then there was more stress on top of this. We both had to hide the relationship from everyone. If anyone found out or was known, I can get in a ton of trouble with OTK and can cause a ton of problems in my life. |
| | So, I lied to all of my old friends, Sband included, who lived just next door to me and everyone in OTK, and that was very hard for me to do. We had a doggy door between our rooms just so we can hide it from everyone else, including my roommates. We would lock the doors to avoid our roommates finding out. As time went on, they found out, but to most of our friends in the Austin Circle, they never officially knew. That stress alone would drive anyone mad, but our love for each other was strong, and we knew we could handle it. |
| [6:58] | In September in 2022, a lot of you guys know, I was canceled by train wrecks and others trying to claim I covered up sexual assault. It was proven wrong, but that destroyed my mental health. I felt like my brain cracked and I was never the same since. I was suicidal, depressed, and I didn't know what to do with my own life. Every day felt like an absolute nightmare. I was losing OTK, my mental health, and all my friends. |
| | Emu was one of the only people that were there for me. She ditched sponsors to go with me to Japan. She went with me anywhere I needed because she wanted me to be happy. And she knew sometimes I freaked out. I lashed out, but she loved me and she knew I was in a terrible mental place. It got so bad, the stress and constant talking about the same things over and over and no sleep and depression that most of my hair started to fall out and Emu started to hurt herself while we were in Japan. As this time happened, I was a massive wreck. I couldn't think straight. |
| | And being that Emu hung out with me all day, she too started to become high strung. We would yell at each other, fight, and argue all the time. Things we never once did. I felt this relationship was taking a huge drain, but I thought it could be fixed over time since things were just so amazing that first year, but…. I'm so gay. But as we stayed around longer, I started resenting her a lot more. You can take it out of emote only mode. |

#5122380v1

| | |
|---|---|
| [8:47] | Emu has a lot of rabbits. It was her calling when she first moved in. These were a big part of her life. But as those rabbits moved out of her room and into the living room, they started to see disgusting neglect. No food, no water, sometimes not having clean bedding for weeks. I, along with many others who would come over, would give them what they needed, and I would tell her all the time to take care of them, but to no avail. She completely neglected those rabbits. So much that many of them just died over one year of being around in my house. My cleaning ladies would clean them just because they felt terrible. And my brother once came over and said, and I quote, "If you ever marry this woman, I'll never forgive you." |
| [9:28] | [shows video] |
| | Here is a video up close of Emir's rabbits. These are small little mites that are inside the rabbit cage, and she didn't care. She completely neglected these animals, and I'm not going to sit around and let people say that she didn't. People who came to my house knew that they were neglected. This is an up-close view of the rabbit cage being completely disgusting and neglected. She left them to die. And I'm not going to sit here and have her pretend she didn't. It's fucking disgusting. |
| | This is a video from my own brother. I didn't record this. These are mites all around her cage. I would tell her to take care of them all the time, but to no avail. She completely neglected those rabbits. So much that many died just over a year or two of being around in my house. My cleaning ladies would clean them just because they felt bad. And my brother once came over and said that if I marry her, he'll never forgive me. |
| | In fact, when Maya came over during my cancellation, she actually commented on Emi's rabbits and said, "These rabbits are completely neglected and this is disgusting." Emu wouldn't clean the cages and the smell became so bad that we started to have the rabbits just be outside. I told her if that's the case, she's got to make sure she's giving them water because they are her responsibility. Instead, these rabbits were left outside in 100° heat with no food or water or anything. Most of the time being in cages with no bedding besides poop all over the place. Emi didn't care. She would sit inside and play League of Legends all day. And what this showed me is that I don't want her to be my children's mother, and I couldn't see myself marrying her. |
| [11:07] | The fights from these times started to get worse. I would constantly want to be farther and farther from her. I would use her for content, but after stream would want to be alone. I didn't know how to break up with her or end things. She was a co-owner of my org, the only person I knew, and the |

|   |   |
|---|---|
|   | strain of the relationship in hiding the relationship was really taking a toll on me. On top of that, the stalkers were getting worse. One stalker came to my house and I had to point a gun at him for 30 minutes until the cops came. These stalkers are no joke. |
|   | And the pressure from the relationship, the anger I felt, and the stalkers as a whole really made us lash out at each other. She would tell me that she doesn't realize what she's doing, that she didn't understand what she was doing wrong. But I would constantly tell her on and off stream that she needs to do more because these stalkers are getting worse. I know I wasn't perfect with my language or tone throughout this entire relationship. I know I wasn't. And I was aggressive at times. |
| **[12:01]** | In regards to being controlling, I told her many things. I told her to dress older, to stop wearing pajamas, to stop talking about stalkers and skitso as a whole, stop talking about past relationships, and yes, I didn't want her to travel without me. I also said that I didn't want her to hang out with specific people. This is because I didn't want her to get hurt. I didn't want Emi to get assaulted. I didn't want some man to do something to her when I'm not there. And I wanted to keep her safe. And I know with how my mental was and who I was back then that I didn't do everything right. I know I could have done better. And I'm sorry. I know I was controlling and I should have just ended the fucking relationship, but I was so confused as a person. And I'm sorry I didn't. I'm sorry things got to this fucking point, man. |
| **[12:42]** | The last nine months of this relationship, things got extremely fucking toxic. I told her to move out. She didn't move out on her own. I told her to move out because I wanted space, but she still wanted me around at all times. She would get upset if we didn't sleep together or if we weren't around. She always wanted me to drive over to her house, but I never wanted to because I wanted to be alone. And that increased our fights, but the stalkers continued and I got even more stressed. They started to take pictures of me whenever I would drive to her house. They knew my every movement. I couldn't take it. |
|   | Between the rabbits, the stalkers, and the overall ability to handle situations with each other, I knew this wouldn't last. But I didn't know how to get out of the relationship. She did not want to move out. As for me telling Cheddar to leave my house, he was swatting at Chompy constantly and making him bleed. I not only was the one that wanted her to move out first, I was the one that wanted the cat out of the house because he was attacking my cat. |

#5122380v1

**[13:36]** Every month went by the last year and I our fights started to get louder. We were breaking up with each other almost weekly. Fights were getting more aggressive and shouting began to increase. I was not perfect and I reflect on those situations poor – poor taste of myself. I'm ashamed that the situations got so bad, but Emi was also violent. She would throw clothes or plushies at me and I punched holes in the walls or slammed doors in aggression. I one time did say I was going to kill myself during an argument. But Emi did this as well numerous times. She would constantly say she's going to kill herself in arguments.

And I have a picture where while I was had a gun pointed at one of her stalkers who came to my house while she was in Kansas. She told me she was going to kill herself out of aggression of the situation while it was happening. [shows screenshot]

This is the situation. I told her that a stalker's at the house. "I'm freaking out. What is happening? Can you call me?" "I'll call you. I literally want to kill myself. I can't take this anymore. I feel so alone and like a problem." Just want to show this. She was also using the I want to kill myself a lot in our situation and relationship. This is why I had a gun pointed at one of her stalkers. This stalker who was at my house, her his background picture was Emiru. And when he talked to the cops, he was in love with her and thought that she was talking to him. It is disgusting what these stalkers can do. I will say this, the fact that this guy came to my house and the result of it was a cop brought him down the street to a QT, which is a 7-Eleven - 15 minutes away and that's all they did is terrifying for these girls and terrifying for the situation in general.

**[15:01]** I knew that the relationship wasn't healthy at this point. I knew we had to end it and soon. One day, Emi posted a very provocative picture, one that she knew I would hate, and she posted it to make me upset. She admitted that she made me upset with it and we got into a heated argument and I broke up with her. We broke up for about a month, then got back together because we thought we can make it work. We went to get food at BJ's, a common place where we would get food and then we went back to her house. We cuddled for about 30 minutes and started to kiss.

She said that she was okay with this on her stream and I started to advance to the next stage because I thought that's what she wanted. She yelped and I immediately sprung up and was scared if I did anything wrong or did wrong in general. I got scared and left the house. I apologize if that made Emi uncomfortable for me not saying sorry and I wish I said sorry back then, but we got back together soon afterwards.

And during those last few months where we were fighting, we were still fighting, but it did feel like the relationship had good progress and we were both agreed we need to tight talk about our future since it's been 3 years. We should see what we want. And Emi had an idea to write down everything we wanted on paper. I'm going to let everyone know that what I'm about to say is very true. This is exactly what happened. And she cannot argue this.

[16:21]    One day after staying over Emiru's house, Emiru made me breakfast and she wrote down everything she wanted. She wrote she wants me to move closer to her. She wrote that she wants me to marry her and she wants kids with me in the next 5 years. And I just looked at this letter that was staring in front of me and I just handed her back the paper. She began to cry and I told her, "I'm sorry. I just can't do this anymore." I knew we were just beyond the point of toxicity in the relationship, that our trust had completely died, and that we had so many issues that I couldn't deal with it, and I was not mentally well. I walked away. I went to her door, and as I opened it, the last words I ever heard her say is, "Don't go. I love you."

[17:04]    That week, I made flights to Japan because I didn't want to sit around and wait to possibly get back together again. I have never talked to her in person since. I have messaged her numerous times wondering why I have been removed from OTK Discords and I was very scared because I didn't know what was going on. Nobody was talking to me or contacting me and I have had so much regret. Times where I wanted to go back, times where I've drunk messaged her love letters as you saw in stream. But after 10 months, I know we're much better off without each other.

[17:37]    I did see her at a party once at Simply's house. The house was very small and I opened the door. I said, "Whoops." and proceeded to talk in the other room about what I possibly did wrong and began to ball out and be depressed because I just saw my ex-girlfriend. I want to make it very clear, I was not following her, nor lingering around her. I was with others the entire night. The house is about 2,000 square ft with about 50 people there. I of course was near her, but I was never following her.

This year has been very hard for me and I'm sure for her. I even went to Japan and drank every single night just to sleep. Going from being with each other for three years straight, and trauma bonding to be completely alone is such a difficult thing for both of us.

[18:20]    I began therapy in February of this year with EMDR therapy, something she recommended me when we were dating. I'm very happy to say that I feel better than ever and I've gotten a lot of the stress I've had away. I've also moved from Austin myself and I've had a lot of traumas lingering

|  |  |
|---|---|
|  | from there as a whole and I feel a lot better from that. I truly hope nothing but the best for Emi. I know she said a lot of these things today and I do believe a lot of them were false, but I do hope nothing but the best for her and I'm sorry that any of this happened. I hate that this we're in this situation and I hope that she can move on. |
| [18:59] | We were in a toxic relationship. I saw that. I've realized over the years of over the years of two relationships now online that I'm a horrible boyfriend and I have a lot to work on for myself. I've been single for the past 10 months and I plan to stay that way. I'm continuing to go to therapy and work on myself, not just for me, but for the people around me. If you're wondering if it's scripted, the answer is of course it is. I wrote it out because I cannot freeball this. This is a very serious situation. I want to make this real. Um, and that's it. Okay. |
|  | I'm going to stand up for myself. I am going to defend myself in these situations. I am not going away. I have no plans to go away. And I believe a lot of the situations today were absolutely exaggerated. I have dozens of photos and videos, calls, and messages as well, if she has them. I have things I will be leaking over the next few days of other people, of other things. I have a lot of messages that I have uh that I'm going to expose as time goes on because I do believe that this is a time to go fucking buck wild. |
| [20:08] | Um but I want to make it very clear when it comes to Emiru when she says that I was uh getting ready to go after her and that I was going to use her rabbits against her. That was never the plan. My plan for myself was very simple. If Emi were to say something about me, I would say something back. That's it. I never had a plan in my life to go after her or do anything. It was if she ever said anything, I would say something as well. And that's completely understandable. |
| [20:32] | Can you clarify what if anything was said to her team at Twitch Con? I said that if she goes after me, then I will go nuclear. And that is exactly what I said. And that is what's going to happen because you can't mess with me anymore. I don't have anything to lose. I'm sorry. I don't. Go after me all you want. I have nothing to lose. And I will say this proudly. |
|  | Emiru abused those rabbits. She did. And if you're in Austin, Texas, and you want to say that she didn't abuse those rabbits at my house, you're lying. You know she did. She abused those rabbits and she left them outside, and it's disgusting, and I didn't want to bring this up ever. This was not something I planned on bringing up in my life. But it's something that she claims that she didn't do, and people are trying to defend her from |

|        |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
|--------|----|

that like Asminold where he says that one of her rabbits she took and brought around. What about the other six rabbits that died?

**[21:18]** As for what happened with me and Emiru, it is a I mentally have been fucked up for years and I'm very proud of myself for working on myself and I think leaving Austin was the best thing not just for me but for everyone around me. I do believe that I fucked up a lot and I'm never going to not admit that and I realized I need to be alone. I never got kicked out of Austin, Texas. I left myself. I am absolutely mentally fucked. I have been slowly working on it. I do feel like I've been getting better. I feel like I'm very calm right now. I don't feel stressed. I don't even feel angry. I feel uh that I've every day I'm trying to learn more and more and do better. But I'm gonna stand up for myself in a lot of these situations because a lot of it was not true. And I don't like that she was portraying that it was just me who was at fault. It was a toxic relationship and that's what it was.

**[22:03]** Why was viewership so important? I will bluntly say this and I I'm very honest. I was and I still am, but I very much was someone that was massively obsessed with streaming and viewership. And when my cancellation happened and even before it, I mean, it's something you guys know. I've been massively obsessed with streaming and viewership over the years and it's disgusting and it has ruined my fucking life.

It is something that I am envious of others. I am angry at others because of it. It makes me jealous when I see others doing well and it has made me realize that I am like I'm never happy for someone else if they're doing what much better than me. You guys know this is true if you watch my old stream. I've always been this way. Um, I've been very envious of other people and um, it's a problem. It's a serious… It was a ser…it I'm definitely way better than I was now or I am now, but it's a serious problem that I am still working on to this day.

I am not perfect and I fucked up with that. I've been this way for a very fucking long time where I'm a competitive dude and I think I'm very competitive with streaming because I really care about it a lot. I've sunk my whole life into this thing.

**[22:05]** Did you really drive 150 miles an hour? I'm going to say this very clear. If you know me in Austin, Texas, I drive fast everywhere. I drive fast literally everywhere. I'm in an Audi R8 in Austin, Texas, where the freeways are open. I drive fast all the time.

I remember one time when she was picking me up from the airport, and she was in her blue Corvette, and she started the speed when we were on a straightaway when she was getting mad, and she stayed quiet. Um, I don't

#5122380v1

|  | remember the exact speed she got up to, but we were definitely flying. But I'll say this. I have no problem admitting fault. |
|---|---|
|  | The person that I was during that relationship, and I would say the person, the Mizkif in Austin, Texas, is fucking disgusting. I hated myself. I hated this person that just sat there all day stressed and angry and mad at the fucking world. I hated being this this upset person because I know you are who you hang out with. And I definitely changed Emi in a lot of ways and made her very stressed as well. And mentally the situations we were in just cataclysm both of us. I was a very toxic person and I knew I needed to get out. So, I broke up with her. In fact, I broke up with her twice. |
| **[24:14]** | The first time I broke up with her, I really thought it was over. And the second time I broke up with her was forever. I did message her a lot afterwards, primarily for OTK stuff, but there were times where I did want to go back to her. I'm not going to pretend I didn't. I was drunk. I was I thought I needed to, but um yeah, that's it. I don't think there's really anything else to talk about. This is this is something I think that we went over and I am glad that it is out there what I just said. And um that's it. So that's it. I said what I had to say. I appreciate you guys listening and um I will be back. I'm not leaving uh anytime soon. All right, that's it, guys. Thank you, guys, for watching. I appreciate it. |