## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## AUSTIN DIVISION

| | |
|---|---|
| MATTHEW MISRENDINO a/k/a MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC,<br><br>       Plaintiffs,<br><br>       v.<br><br>EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA, INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC.,<br><br>       Defendants. | **Case No. 1:25-cv-01773-RP** |

### ORDER GRANTING DEFENDANT EMILY BETH SCHUNK'S MOTION TO DISMISS

Before the Court is Defendant Emily Beth Schunk's Motion to Dismiss. Having considered the Motion, relevant docket entries, applicable law, and the Parties' proposals, the Court **GRANTS** the Motion to Dismiss as to Plaintiffs' entire First Amended Complaint against Defendant Emily Schunk. The First Amended Complaint by Plaintiffs against Defendant Schunk is hereby DISMISSED with prejudice.

SIGNED this _____ day of _____, 2026.

_____
**UNITED STATES DISTRICT JUDGE**