

FILED
2026 FEB 27 AM 9:16
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ ye

February 27, 2026

Mr. Philip J. Devlin
Clerk of Court
U.S. District Court
Western District of Texas
501 West Fifth Street, Suite 1100
Austin, Texas 78701

**VIA HAND DELIVERY**

    RE:   *Matthew Misrendino a/k/a Matthew Rinaudo and Mizkif Enterprises, LLC, v. Schunk et al*, Cause No. 1:25-cv-1773-RP, In the U.S. District Court for the Western District of Texas, Austin Division.

Mr. Devlin,

    Enclosed is a USB drive that contains on it a video file referenced in a recent filing in the above-referenced cause. The file (named "Exhibit 1_He's in Trouble.. YouTube Video.mp4"), is Exhibit 1 to Defendant Zack Hoyt's Reply in Support of Second Motion to Dismiss (Dkt. No. 36). We ask that this file be placed in your records in conjunction with Dkt. No. 36.

    A copy of Exhibit 1 will be served on all participants in the case that are registered CM/ECF users via a Dropbox link emailed to them.

                                       Sincerely,

                                       Austin R. Nimocks
                                     Managing Partner
                                     austin@pntlawfirm.com

Enclosure

*Attorneys licensed in TX, NY, DC, AZ, MI, AL, MS

                                               206 Wild Basin Rd. S., Bldg. A, Ste. 206
                                               Austin, Texas 78746

Cc: Jennifer Freel, *via emailed Dropbox link*
Aaron J. Burke, *via emailed Dropbox link*
J. Collin Spring, *via emailed Dropbox link*
Alexia P. Nicoloulias, *via emailed Dropbox link*
J. Hunter Ralston, *via emailed Dropbox link*
Steven L. Eychner, *via emailed Dropbox link*
Dean J. DiPilato, *via emailed Dropbox link*
Wesley Lome Gerrie, *via emailed Dropbox link*
Jessica Rankin Corpuz, *via emailed Dropbox link*

