UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Mizkif Enterprises LLC, et al <br> vs. <br><br> Emily Beth Schunk, et al | § <br> § <br> §    NO:   AU:25-CV-01773-RP <br> § <br> § |

O R D ER

**BE IT REMEMBERED** on this the 4th day of March, 2026, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Carly M. Moran, counsel for Emily Beth Schunk and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Carly M. Moran may appear on behalf of Emily Beth Schunk in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:   Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 4th day of March, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE