UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Mizkif Enterprises LLC, et al<br>vs.<br><br>Emily Beth Schunk, et al | §<br>§<br>§  NO:  AU:25-CV-01773-RP<br>§<br>§ |

O R D ER

**BE IT REMEMBERED** on this the 4th day of March, 2026, there was presented tothe Court the Motion for Admission *Pro Hac Vice* filed by Jessica R. Corpuz, counsel for Emily Beth Schunk and the Court, having reviewed the motion, enters the following order:

**IT IS ORDERED** that the Motion for Admission *Pro Hac Vice* is GRANTED, and Jessica R. Corpuz may appear on behalf of Emily Beth Schunk in the above case.

**IT IS FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  Clerk, U.S. District Court.

**IT IS FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

**IT IS FINALLY ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**IT IS SO ORDERED** this 4th day of March, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE