IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| **MATTHEW MISRENDINO a/k/a** <br> **MATTHEW RINAUDO and MIZKIF** <br> **ENTERPRISES, LLC,** <br><br> Plaintiffs, <br> v. <br><br> **EMILY BETH SCHUNK, ZACK** <br> **HOYT, OTK MEDIA INC d/b/a ONE** <br> **TRUE KING, MYTHIC TALENT** <br> **MANAGEMENT INC and KING** <br> **GAMING LABS, INC.,** <br><br> **Defendants.** | § § § § § § § § § § § § § § § | **CAUSE NO. 1:25-CV-01773** |

### [Proposed] Order Granting Motion For Leave To Appear as Amicus Curiae

Before the court is [Proposed] Amicus Curiae Joshua Lapin's Motion For Leave to File an Amicus Brief. Having considered the motion, plaintiff's opposition, and applicable law, the court GRANTS the motion. The amicus brief submitted therewith shall be deemed filed on the date of this order.

SO ORDERED on this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE