**weintraub | tobin** RECEIVED

**MERITAS LAW FIRMS WORLDWIDE**

Jessica R. Corpuz

310-860-3327 DIRECT

jcorpuz@weintraub.com

MAR 05 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

March 4, 2026

**FILED**

March 05, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Christian Rodriguez_
DEPUTY

**VIA FEDEX DELIVERY**
Mr. Philip J. Devlin
Clerk of Court
U.S. District Court
Western District of Texas
501 West Fifth Street, Suite 1100
Austin, Texas 78701

     **Re:**    **Misrendino, et al. v. Schunk, et al. (Case No. 1:25-cv-1773-RP)**

Mr. Devlin,

    Enclosed, please find a USB drive containing two video files referenced in Defendant Emily Schunk's Motion to Dismiss and Declaration in support thereof, filed with this Court on March 3, 2026. The file entitled "Exhibit 1 – Defendant Schunk's October 25, 2025 Livestream video" constitutes Exhibit 1 to the Declaration of Defendant Emily Schunk in support of her Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. No. 39-1; Dkt. No. 39-2). The file entitled "Exhibit 4 – Plaintiff Misrendino's October 26, 2025 Livestream video" constitutes Exhibit 4 to the Declaration of Defendant Emily Schunk in support of her Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. No. 39-1; Dkt No. 39-5). We respectfully request that these files be placed in your records in conjunction with Dkt. No. 39.

    Electronic copies of Exhibits 1 and 4 have been served on all participants in the case that are registered CM/ECF users via an e-mailed Sharefile link.

DATED:  March 4, 2026

                     Respectfully submitted,

                     _/s/ Jessica R. Corpuz_
                     Jessica R. Corpuz
                     California Bar No. 279237 (*pro hac vice* pending)
                     jcorpuz@weintraub.com
                     Carly M. Moran
                     California Bar No. 333661 (*pro hac vice* pending)
                     cmoran@weintraub.com
                     **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW**

**weintraub tobin chediak coleman grodin** law corporation
10250 Constellation Boulevard, Suite 2900 | (310) 858-7888 | F (310) 550-7191 | www.weintraub.com

#5128344v1

**Misrendino, et al. v. Schunk, et al. (Case No. 1:25-cv-1773-RP)**
Page 2


**CORPORATION**
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
Telephone: (310) 858-7888
Facsimile: (310) 550-7191


Daniel H. Byrne
Texas Bar No. 03565600
dbyrne@fritzbyrne.law
**FRITZ BYRNE, PLLC**
402 West Seventh Street,
Austin, TX 78701
Telephone: (512) 476-2020

**ATTORNEYS FOR DEFENDANT
EMILY BETH SCHUNK**

**weintraub tobin chediak coleman grodin** law corporation
10250 Constellation Boulevard, Suite 2900 | (310) 858-7888 | F (310) 550-7191 | www.weintraub.com

#5128344v1