FILED

2026 MAR 19 PM 12:52

CLERK, U. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW MISRENDINO a/k/a<br>MATTHEW RINAUDO and MIZKIF<br>ENTERPRISES, LLC,<br><br>    Plaintiffs,<br>v.<br><br>EMILY BETH SCHUNK, ZACK<br>HOYT, OTK MEDIA INC d/b/a ONE<br>TRUE KING, MYTHIC TALENT<br>MANAGEMENT INC and KING<br>GAMING LABS, INC.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 1:25-CV-01773-RP |

## Declaration of Joshua Lapin in Support of His Reply To the Opposition To His Motion For Leave To Appear As Amicus Curiae

I, Joshua A. Lapin, declare as follows:

1. I am a proposed amicus curiae in the above-captioned matter. I am familiar with the facts set forth in this declaration and, if called as a witness, I could and would competently testify to those facts under oath. I make this declaration in support of my reply, to the opposition, to my motion for leave to appear as amicus curiae.

2. On March 5th 2026, I submitted my motion for leave to file an amicus brief through the electronic dropbox for the Western District of Texas. That same day I called the clerk of court to see if my filing would be accepted that way. I was transferred to deputy clerk Christian Rodriguez, who located my motion and said he would file it as a "one time courtesy," and that I would file anything in the future by mail.

3. Submitted herewith the reply as Exhibit A is a true and correct copy of an email that I sent counsel for all parties in this matter.

---

1

DECLARATION OF JOSHUA LAPIN

Doc ID: 0c7907d3dbd2f029683d2145e3b85a6f8c2f3dcd

4. I have not received any documents, including plaintiffs opposition to this motion, in the mail, e-mail, fax, or otherwise. While I do not live in the State of Montana, I have a mail forwarding/scanning address in Kalispell, Montana, that I use for legal correspondence, including on all my documents in this matter. I receive an email notification when documents are sent to that address, once they are scanned and uploaded by the staff at the company I rent the mailbox from On March 16th I called that company, and they confirmed I did not receive anything new.

5. In a matter captioned *Dan Schneider v Schwarts* No. 24NNCV01328 (Cal. Sup. Ct. May. 1 2024), I attending a telephone hearing over my motion for leave to file an amicus brief into that defamation case, which was in support of the defendants. I recall the Hon. Ashfaq Chowdhury of the California Superior Court asking me if I had a relationship to the parties. If memory serves, I told him I watched Plaintiff Dan Schneider's shows, and that that's about it: the parties to the case do not know me and have never heard of me. Judge Chowdhury said something to the effect of "that's fine." He granted my motion for leave to file the amicus brief, a true and correct copy of said order is submitted herewith as Exhibit B.

6. In a matter captioned *Kestenbaum v. [Harvard]* No. 1:24-cv-10092 (D. Mass. 2024), I had no relationship to any of the plaintiffs, nor to lone Defendant Harvard. My (renewed) motion for leave to file an amicus brief in that matter was granted on July 30th 2024.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT**

**EXECUTED ON** 03 / 17 / 2026     At Orange County, California

_____
Joshua A. Lapin

2

DECLARATION OF JOSHUA LAPIN

Doc ID: 0c7907d3dbd2f029683d2145e3b85a6f8c2f3dcd