**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

| | |
|---|---|
| **MATTHEW MISRENDINO a/k/a MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC**, <br><br> Plaintiffs, <br><br> v. <br><br> **EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA, INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC.**, <br><br> Defendants. | **Case No. 1:25-cv-01773-RP** |

## <u>REPLY DECLARATION OF EMILY BETH SCHUNK IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT</u>

I, Emily Beth Schunk, declare as follows:

1. I am a Defendant in the above entitled action. I am familiar with the facts set forth in this declaration and, if called as a witness, I could and would competently testify to those facts under oath. I make this declaration in support of my Reply in support of my Motion to Dismiss the First Amended Complaint, filed on March 3, 2026.

2. Attached hereto as **Exhibit 1** is a true and correct copy of relevant clips from a March 11, 2026 livestream by Plaintiff Matthew Misrendino ("Misrendino"), in which Misrendino discusses me, my legal counsel, and our Motion to Dismiss, and repeatedly calls me a "liar".

3. Attached hereto as **Exhibit 2** is a true and correct copy of relevant excerpts from the transcript of Misrendino's March 11, 2026 livestream.

1

4.      Attached hereto as **Exhibit 3** is a true and correct copy of relevant clips from Misrendino's March 8, 2026 livestream, wherein Misrendino publicly tells his fan base that I should be in "prison" for sharing my emotional truth in my October 25, 2025 livestream.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of relevant excerpts from the transcript of Misrendino's March 8, 2026 livestream.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of relevant clips from Misrendino's March 4, 2026 livestream, wherein Misrendino publicly criticizes me for filing my Motion to Dismiss "4 and a half" months after he filed his First Amended Complaint. Misrendino argues, without any legal or factual basis, that this was done purely to "stall" this lawsuit.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts from the transcript of Misrendino's March 4, 2026 livestream.

Executed on ___Mar 24, 2026 | 10:13 AM PDT___ at Austin, Texas.

_Emily Beth Schunk_
EMILY BETH SCHUNK

2

#5159775v1