**EXHIBIT 2**

Transcript Details:

Video Available: https://kick.com/mizkif/videos/1b9aebc3-e8d5-4970-bfa1-8c87111a18e3

Date: March 11, 2026

Title: 🟢 **FOLLOWER GIVEAWAYS - DRAMA - RAID - POKOPIA** 🟢

Transcription Results:

**Matthew Misrendino**

[00:00:00]    I just want to be funny.  It's like Emi backtracked her statements.  Emi did this.  She lied under oath.  Oh, but, like, she was in control ongoing 160.  Miz was not in control going 160.  It's like, what the fuck is that even mean-- oh, but she was in the car when my-- when Miz was going on 160, but Emi was doing it safely by herself.  What the fuck does that?  How is that an argument that you could possibly make?  It's the-- exactly what someone just said in chat.  They're grasping at straws.  It's these cos play. Oo woo-- I want to make sure, hopefully, one day, I have a chance to meet Emiru-- fucking people.

[00:00:36]    And I'm telling you I cannot wait to see their fucking faces because they're going to see more and more shit-- as time goes on, I'm realize that they're going to have no arguments.

              I mean, chat.  Think about-- think-- and I'm going to say this in a positive way.  Think about even just 2 weeks ago, how much people hated me, right?  And just two weeks do-- I wouldn't get a 110 likes under anything.  When I would tweet-- I'm going live, I would get 5 likes, two people telling me to kill myself, right?  And I would retweet those guys because it's the only ones commenting.  Dude-- my post is a 110 likes in 24 minutes.  And I'm not-- I-- I-- I-- I'm not, like, Ariasaki freaking out about the fact that I got a kick fucking con weeks-- 1 week a day, sponsor bullshit.  But, like, to me, that's a lot.

[00:01:28]    It's like, it shows people are fucking waking up to this reality that Emiru is a fucking liar, that she lied about so many things, and she's already lied under oath.  Con-- and I do remember you from day, day one.  Of course, I do.  Like, I'm not lying.  That's a thing.  There's been-- has there been any way of saying that Mizkif has lied?  You know? No, there's not.

[00:01:47]          I have talked about this for hours, and I haven't lied once 'cause I don't need to lie. When this girl has said one thing—40 minute fucking thing on stream. And then she said she sent me a fucking 18-page thing in the mail.  And there's so many lies.  And I haven't lied once 'cause I don't need to lie, no.

But I think you should just start a new life. That is at the funny thing I did, I moved to Los Angeles to get away from her.

[00:02:26]          Like, I literally moved.

If there was a lawsuit, you keep it quiet.  It just means her lawsuit is no substantial evidence.  So it said she moved to ruin your online-- of course, of course, you know, when I-- I-- people who are—you know, a lot of them are in my fans, like, means you should shut up and just wait for the court. It's like, do-- what am I going to do? Play Popdia for the next four years. And then when it finally comes out that she lied, I-- I-- I go live to on Twitch six, people say yo-- and trainer ally's there saying she's sorry about Jinny. And then I'm like, what the fuck is going on in Miami?