**EXHIBIT 3**

Video file submitted electronically to the Court via USB drive