# EXHIBIT 4

Transcript Details:

Video Available: https://kick.com/mizkif/videos/310e6271-a962-47c3-8652-c61eafdcc235

Date: March 8, 2026

Title: 🟢 POKEMON UNBOXING - GIVING AWAY NINTENDO SWITCHS 2 TODAY - POKOPIA PLAYTHROUGH 🟢

Transcript Results:

**Matthew Misrendino**

[00:00:00]     But has this week definitely been a good week?  Yes.  We are not back bro-- not in the slightest, man.  I still have no friends, no con—no streamers have interacted or, or talked to me at all. I'm still not invited to the-- I just saw the Rainbow Six Siege with Ricci, right?  We are not back.

[00:00:24]     But do I think a lot of people have seen this week, you know, the truth.  And I hate to talking about this so much, but I have to-- but yeah, I think this week has been very big, and it's just starting, you know?  I have nothing to hide.

Can you-- Just shut up and start to expect-- accepting the little things. I just said it. And just like you said, it's a little thing. Like, it's a good step in the right direction, but I still don't have any friends. And she made sure of that. But I do think a lot of people, I've absolutely realizing it was a bullshit-- sexual assault a-- allegation.

[00:01:02]     And what is more crazy with that one is, like, if you think the sexual assault allegation was crazy, go look at the fucking stalker claim or the abuse claim. Go look at anything she fucking said. It's all ridiculous. I stalked her because I went to Simply's party, my best friend. Yep. And then I opened the door and shut it. Wo-- holy god.

[00:01:33]     Everyone wants her in prison.  She should be in prison.  And my opinion, what she did is straight up should be-- I don't know how it's not a felony, but it should be. I-- I-- I think it's so disgusting that she's just able to walk away from this. Like she fucked fucking life up so bad.