# EXHIBIT 5

Video file submitted electronically to the Court via USB drive