**EXHIBIT 6**

Transcript Details:

Video Available at: https://kick.com/mizkif/videos/62ce3783-18ad-4cd8-a1a8-f3e506970e32

Date: March 4, 2026

Title: 🟢 **50k followers today. One lie is to question all truths** 🟢

<u>Transcription Results</u>

**Matthew Misrendino**

[00:00:00]   Nothing's changed. Dude you're so dumb. You think nothing's changed, man.  I get that there's sometimes coworkers. But I get called a fucking rapist, man.  Like, everywhere I go, my life is called a rapist.  You don't-- so saying it just it. Stop trying to make it seem like it's just nothing.

[00:01:17]   And she waits fucking 4 and a half months to stall this shit out so no one cares anymore.  And her fucking response is that, like, are you kidding me?  And no one cares.  No one cares. Like, no one wants to listen.  It's, it's so unfair.  Like, I had my fucking throat for fucking cheese clips and say, I'm an abuser.  And that's her response or response is literally that-- it's her emotional fucking version of it.  Are you kidding me.  Yeah.