**weintraub|tobin**

☰ MERITAS LAW FIRMS WORLDWIDE

Jessica R. Corpuz

310-860-3327 DIRECT

jcorpuz@weintraub.com

**RECEIVED**

MAR 25 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____CL_____
DEPUTY CLERK

**FILED**

March 25, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: Christian Rodriguez
DEPUTY

March 24, 2026

**VIA FEDEX DELIVERY**
Mr. Philip J. Devlin
Clerk of Court
U.S. District Court
Western District of Texas
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Re:    *Misrendino, et al. v. Schunk, et al.* (Case No. 1:25-cv-1773-RP)

Mr. Devlin,

Enclosed, please find a USB drive containing three video files referenced in Defendant Emily Schunk's Reply in Support of Motion to Dismiss (Dkt. No. 48) and the Reply Declaration of Emily Beth Schunk in Support of Motion to Dismiss First Amended Complaint (Dkt. No. 48-1) ("Schunk Reply Declaration"), filed with this Court on March 24, 2026.

The file entitled "Exhibit 1 – Plaintiff Misrendino's March 11, 2026 Livestream video" constitutes Exhibit 1 to the Schunk Reply Declaration (Dkt. No. 48-2; Dkt. No. 48-3). The file entitled "Exhibit 3 – Plaintiff Misrendino's March 8, 2026 Livestream video" constitutes Exhibit 3 to the Schunk Reply Declaration (Dkt. No. 48-4; Dkt. No. 48-5). The file entitled "Exhibit 5 – Plaintiff Misrendino's March 4, 2026 Livestream video" constitutes Exhibit 5 to the Schunk Reply Declaration (Dkt. No. 48-6; Dkt. No. 48-7).

We respectfully request that these files be placed in your records in conjunction with Dkt. No. 48. Electronic copies of Exhibits 1, 3, and 5 have been served on all participants in the case that are registered CM/ECF users via an e-mailed Sharefile link.

DATED:  March 24, 2026

Respectfully submitted,

*/s/ Jessica R. Corpuz*
Jessica R. Corpuz
Admitted *Pro Hac Vice*
California Bar No. 279237
jcorpuz@weintraub.com
Carly M. Moran
Admitted *Pro Hac Vice*
California Bar No. 333661

**weintraub tobin chediak coleman grodin** law corporation
10250 Constellation Boulevard, Suite 2900 | (310) 858-7888 | F (310) 550-7191 | www.weintraub.com

#5160079v2

**Misrendino, et al. v. Schunk, et al. (Case No. 1:25-cv-1773-RP)**
Page 2

cmoran@weintraub.com
**WEINTRAUB TOBIN CHEDIAK
COLEMAN GRODIN LAW
CORPORATION**
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
Telephone: (310) 858-7888
Facsimile: (310) 550-7191


Daniel H. Byrne
Texas Bar No. 03565600
dbyrne@fritzbyrne.law
**FRITZ BYRNE, PLLC**
402 West Seventh Street,
Austin, TX 78701
Telephone: (512) 476-2020

**ATTORNEYS FOR DEFENDANT
EMILY BETH SCHUNK**

#5160079v2