IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Mizkif Enterprises LLC and Matthew Misrendino,** | § § § | |
| *Plaintiffs* | § § | **Case No. 1:25-cv-01773-RP** |
| **v.** | § § | |
| **Emily Beth Schunk, *et al.*,** | § § | |
| *Defendants* | § | |

## ORDER

Plaintiff filed his Original Complaint on November 3, 2025. Dkt. 1. Defendants King Gaming Labs, Inc., Mythic Talent Management, Inc., and OTK Media Inc. filed a motion to compel arbitration on December 23, 2025. Dkt. 17. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring parties submit a proposed scheduling order to the court "[n]ot later than 60 days after any appearance of any defendant").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **May 13, 2026**.

**SIGNED** on April 29, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE