# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW MISRENDINO a/k/a MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 1:25-cv-01773-RP |
| EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA, INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC., | § § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

COMES NOW Benjamin S. Walton and hereby enters his appearance as additional counsel on behalf of Defendant Zack Hoyt.

DATED: April 30, 2026

Respectfully submitted,

Austin R. Nimocks
Texas Bar No. 24002695
austin@pntlawfirm.com

Christopher L. Peele
Texas Bar No. 24013308
chris@pntlawfirm.com

Cleve W. Doty
Texas Bar No. 24069627
cleve@pntlawfirm.com

*/s/ Benjamin S. Walton*
Benjamin S. Walton
Texas Bar No. 24075241
ben@pntlawfirm.com

**PNT Law Firm**
206 Wild Basin Rd. S.
Bldg. A, Ste. 206
Austin, TX 78746
Phone: (512) 522-4893
Fax: (512) 522-4893

**COUNSEL FOR DEFENDANT,
ZACK HOYT**

## CERTIFICATE OF SERVICE

I certify that on April 30, 2026, I electronically filed this document using the Court's CM/ECF system, which will electronically serve the following counsel of record:

Aaron J. Burke
Burke Bogdanowicz PLLC
1201 Elm St., Ste. 4000
Dallas, TX 75270
(512) 507-4097
aaron@burkebog.com

*Counsel for Plaintiffs*

J. Collin Spring
Burke Bogdanowicz PLLC
1201 Elm St., Ste. 4000
Dallas, TX 75270
(512) 507-4097
jspring@burkebog.com

*Counsel for Plaintiffs*

Alexia P. Nicoloulias
Burke Bogdanowicz PLLC
1201 Elm St., Ste. 4000
Dallas, TX 75270
(512) 507-4097
anicoloulias@burkebog.com

*Counsel for Plaintiffs*

J. Hunter Ralston
Burke Bogdanowicz PLLC
1201 Elm Street, Suite 4000
Dallas, Texas 75270
(512) 507-4097
hralston@burkebog.com

*Counsel for Plaintiffs*

Jude T. Hickland
Burke Bogdanowicz PLLC
1201 Elm Street, Suite 4000
Dallas, Texas 75270
(214) 888-2824
hralston@burkebog.com

*Counsel for Plaintiffs*

Jennifer S. Freel
Jackson Walker
100 Congress Ave., Ste. 1100
Austin, TX 78701
(512) 739-8414
(512) 236-2002 (fax)
jfreel@jw.com

*Counsel for Defendants, OTK Media, Inc. d/b/a One True King, Mythic Talent Management Inc., and King Gaming Labs, Inc.*

Steven L. Eychner
Newman & Lickstein, LLP
109 S. Warren St., Suite 404
Syracuse NY 13202
(315) 422-1172
seychner@newmanlickstein.com

*Counsel for Defendants, OTK Media, Inc. d/b/a One True King, Mythic Talent Management Inc., and King Gaming Labs, Inc.*

4

Dean J. DiPilato
Newman & Lickstein, LLP
109 S. Warren St., Suite 404
Syracuse NY 13202
(813) 909-3538
ddipilato@newmanlickstein.com

*Counsel for Defendants, OTK Media, Inc. d/b/a One True King, Mythic Talent Management Inc., and King Gaming Labs, Inc.*

Wesley Lome Gerrie
Newman & Lickstein, LLP
109 S. Warren St., Suite 404
Syracuse NY 13202
(315) 422-1172
wgerrie@newmanlickstein.com

*Counsel for Defendants, OTK Media, Inc. d/b/a One True King, Mythic Talent Management Inc., and King Gaming Labs, Inc.*

Jessica Rankin Corpuz
weintraub | tobin
10250 Constellation Blvd., Ste. 2900
Los Angeles, CA 90067
(310) 860-3327
jcorpuz@weintraub.com

*Counsel for Defendant, Emily Beth Schunk*

Carly M. Moran
weintraub | tobin
10250 Constellation Blvd., Ste. 2900
Los Angeles, CA 90067
(310) 858-7888
cmoran@weintraub.com

*Counsel for Defendant, Emily Beth Schunk*

Daniel H. Byrne
Fritz Byrne, PLLC
402 West Seventh Street,
Austin, TX 78701
(512) 476-2020
dbyrne@fritzbyrne.law

*Counsel for Defendant, Emily Beth Schunk*

/s/ Benjamin S. Walton
Benjamin S. Walton