**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION**

| | | |
|---|---|---|
| MATTHEW MISRENDINO a/k/a MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA INC d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC and KING GAMING LABS, INC., <br><br> Defendants. | § § § § § § § § § § § § § § § § | Cause No. 1:25-CV-01773 |

**<u>PLAINTIFFS' SUPPLEMENTAL BRIEFING ON DOMICILE</u>**

Pursuant to the Court's *Order* of May 26, 2026 [ECF Doc. 53], Plaintiffs Matthew Misrendino a/k/a Matthew Rinaudo and Mizkif Enterprises, LLC (collectively, "Plaintiffs") file this *Supplemental Briefing on Domicile* and would show the Court:

1. As of November 3, 2025 (i.e., the date this lawsuit was filed), Misrendino was a California domiciliary. Although the Court's *Order* only required that the additional briefing allege domicile, out of an abundance of caution, the attached *Declaration of Misrendino*, **Exhibit A**, provides factual support for this allegation.

2. Because Misrendino is the sole member of Mizkif Enterprises, LLC, Mizkif Enterprises LLC was a California domiciliary on November 3, 2025.

3. Defendant Zack Hoyt was a Texas domiciliary on November 3, 2025.

4.  Defendant Emily Beth Schunk was a Texas domiciliary on November 3, 2025.

Respectfully submitted,

**BURKE BOGDANOWICZ PLLC**

**AARON J. BURKE**
Texas Bar No. 24073977
*aaron@burkebog.com*
**JUDE T. HICKLAND**
Texas Bar No. 24065416
*jhickland@burkebog.com*
**J. COLLIN SPRING**
Texas Bar No. 24118989
*jspring@burkebog.com*
**ALEXIA P. NICOLOULIAS**
Texas Bar No. 24125817
*anicoloulias@burkebog.com*

1201 Elm Street, Suite 4000
Dallas, Texas 75270
Tel/Fax 214.888.2824

**ATTORNEYS FOR PLAINTIFFS
MATTHEW MISRENDINO A/K/A
MATTHEW RINAUDO AND MIZKIF
ENTERPRISES LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been served on counsel for all parties having appeared in this matter via CM/ECF on June 5, 2026.

**J. COLLIN SPRING**