## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Cause No. 1:35-CV-01773-RP |
| EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA INC d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC and KING GAMING LABS, INC., | § § § § § § | |
| Defendants. | § | |

## UNSWORN DECLARATION OF MATTHEW MISRENDINO

Pursuant to 28 U.S.C. § 1746, I, Matthew Misrendino, declare as follows:

1.      I am over the age of eighteen and am competent to make this declaration.

2.      I am the sole member and manager of Mizkif Enterprises, LLC.

3.      My state of domicile is California. I have resided in Los Angeles, California since January of 2025. I have maintained my residence in California continuously since that time.

4.      I moved to Los Angeles with the intention to remain there indefinitely. I work from California, pay taxes in California, maintain my household in California, and exercise political rights such as voting in California.

5.      I intend to remain domiciled in California indefinitely and have no intention to return to Texas, where I lived through 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles County, California, on the 28 th day of May, 2026.

Date: 28/05/2026

Matthew Misrendino
Matthew Misrendino (May 28, 2026 21:10:11 PDT)

Matthew Misrendino