**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Mizkif Enterprises LLC and Matthew** | § | |
| **Misrendino,** | § | |
| *Plaintiffs* | § | |
| | § | |
| **v.** | § | **No. 1:25-cv-01773-RP** |
| | § | |
| **Emily Beth Schunk, *et al.*,** | § | |
| *Defendants* | § | |

## ORDER

On May 13, 2026, the parties filed their Partially Agreed Scheduling Order. Dkt. 52. The parties did not propose dates certain as they were unable to agree on a trial date and the timing of initial disclosures. Because many reasons for disagreement have become moot, the Court orders Plaintiff Matthew Misrendino and Defendant Emily Schunk[1] to meaningfully confer to file an agreed scheduling order with dates certain. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties "shall endeavor to agree on the contents of the proposed order").

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **July 31, 2026**.

**SIGNED** on July 13, 2026.

                           _____

                           SUSAN HIGHTOWER
                           UNITED STATES MAGISTRATE JUDGE

---

[1] The Honorable Judge Pitman dismissed the claims against Defendant Zack Hoyt and stayed the case as to Defendants OTK Media Inc., Mythic Talent Management Inc., and King Gaming Labs, Inc. Dkt. 57.