**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION**

| | | |
|---|---|---|
| MATTHEW MISRENDINO a/k/a MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA INC d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC and KING GAMING LABS, INC.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Cause No. 1:25-CV-01773 |

## <u>PLAINTIFF MATTHEW MISRENDINO A/K/A MATTHEW RINAUDO'S MORE DEFINITE STATEMENT</u>

COMES NOW Plaintiff Matthew Misrendino a/k/a Matthew Rinaudo ("<u>Rinaudo</u>") and files this *More Definite Statement* pursuant to the Court's *Order* of July 10, 2026.

Below, in accordance with the *Order*, Rinaudo identifies specific statements made by Defendant Emily Beth Schunk on her livestream, states how each is untrue, and states how he has been harmed by each statement. **Rinaudo does not concede that any statement made or fact alleged in the livestream which is not included in this *More Definite Statement* is true**, and he reserves the right to amend this *Statement* in the future as more facts become known to him through the course of discovery. Each numbered paragraph begins with the timestamp in Schunk's livestream where the quote may be found.

1

1. [20:33] "Today, I'm finally going to be opening up about the psychological and domestic abuse, stalking and harassment, sexual assault and threats of blackmail that Mizkif has does towards me and some of these issues which are still ongoing." This statement was false in that (1) Rinaudo did not psychologically abuse Schunk; (2) Rinaudo did not domestically abuse Schunk; (3) Rinaudo did not stalk Schunk; (4) Rinaudo did not harass Schunk; (5) Rinaudo did not sexually assault Schunk; (6) Rinaudo did not threaten blackmail against Schunk; and (7) no such issues were ongoing at the time that Schunk made these statements. These statements harmed Rinaudo by causing damage to his reputation, mental health, and livelihood. They deprived him of his then-present and future sponsorships, decreased his viewer and subscriber bases, and other sources of income. They caused him severe and lasting mental anguish and emotional distress.

2. [21:55, in the context of discussing why she was discussing Rinaudo on her livestream] "The first and probably most severe reason is that one of the rules that I set for myself a long time ago about withholding this information was that if I ever felt like somebody else was in danger of being hurt, I would then make myself speak about it and two weeks ago, actually three weeks ago now, I was informed by three separate people one of whom was present for said incident, that he had done something similar to something that he had done to me to someone in LA at the end of September." This statement was false in that Rinaudo had not done anything similar to any of the acts Schunk alleges

to anyone in LA at or near the time of Schunk's statement (or at any other time). On information and belief, Schunk was not informed by anyone that he had allegedly done so. These statements harmed Rinaudo by causing damage to his reputation, mental health, and livelihood. They deprived him of his then-present and future sponsorships, decreased his viewer and subscriber bases, and other sources of income. They caused him severe and lasting mental anguish and emotional distress.

3. [23:42] "And an honorable mention reason for why I'm doing this is that for a while he has been indirectly threatening me through my friends and people that I work with. They've informed me that he said that if I ever talked about anything he did, he would try to create a smear campaign against me in retaliation." This statement was false in that (1) Rinaudo did not threaten Schunk, directly or indirectly; and (2) Rinaudo never stated that he would create a smear campaign against Schunk.[1] These statements harmed Rinaudo by causing damage to his reputation, mental health, and livelihood. They deprived him of his then-present and future sponsorships, decreased his viewer and subscriber bases, and other sources of income. They caused him severe and lasting mental anguish and emotional distress.

4. [30:22] "It was definitely slow over time that bad things started happening. At the start they would be things like for example he would throw—he would

---

[1] As Rinaudo made clear in his initial response video, he did make comments about how he would not remain silent about Schunk's wrongdoings if Schunk made allegations against him. This does not now and did not then constitute a "smear campaign" as Rinaudo has made only true statements concerning Schunk (unlike Schunk herself).

throw bottles like plastic bottles with liquid in it not like glass bottles at me despite me telling him I didn't like it and it scared me and I bruise very easily. He would throw his phone at me. I would tell him it scared me and I don't like it. And one time it even hit me in the eye, which caused me to get a black eye." This statement is false as Rinaudo did not throw bottles, his phone, or other objects at Schunk.[2] These statements harmed Rinaudo by causing damage to his reputation, mental health, and livelihood. They deprived him of his then-present and future sponsorships, decreased his viewer and subscriber bases, and other sources of income. They caused him severe and lasting mental anguish and emotional distress.

5. [40:30] "Um, there would be times where he was upset at me and I would go to my stream room and literally lock myself in to get away from him and he would be banging on the door and screaming at me." This statement is false as Rinaudo never banged on the door and screamed at Schunk as she had locked herself in a room. These statements harmed Rinaudo by causing damage to his reputation, mental health, and livelihood. They deprived him of his then-present and future sponsorships, decreased his viewer and subscriber bases, and other sources of income. They caused him severe and lasting mental anguish and emotional distress.

---

[2] As Rinaudo has previously made clear, he would sometimes, for example, throw his phone on his bed as he was brushing his teeth, but these instances were (1) never during an argument with Schunk; and (2) not intended to injure or scare Schunk.

6. [41:12] "And at the time he also would often do things like going like if we were driving in the car together he would be going like 150 miles an hour and like one time he even said like well now we're both going to die like threatening to kill both of us." This statement is false in that Rinaudo never threatened to kill them both while driving at a high speed. These statements harmed Rinaudo by causing damage to his reputation, mental health, and livelihood. They deprived him of his then-present and future sponsorships, decreased his viewer and subscriber bases, and other sources of income. They caused him severe and lasting mental anguish and emotional distress.

7. [42:09] "Um then at home other things would happen like I'd be trying to sleep and he would scream at me and say that it was all my fault that he felt insecure." This statement is false in that Rinaudo did not scream at Schunk as she was trying to sleep. These statements harmed Rinaudo by causing damage to his reputation, mental health, and livelihood. They deprived him of his then-present and future sponsorships, decreased his viewer and subscriber bases, and other sources of income. They caused him severe and lasting mental anguish and emotional distress.

8. [52:11] "And um he'd also always hammer into me how he never physically abused me because he never hit me. And he would coach me and tell me to tell people or other streamers who are asking about it because they were concerned. He would say um tell he'd say tell them that I never hit you. Make sure that they know that I never hit you." This statement is false in that

Rinaudo never coached Schunk to deny any physical abuse or to emphasize the lack of any physical abuse. These statements harmed Rinaudo by causing damage to his reputation, mental health, and livelihood. They deprived him of his then-present and future sponsorships, decreased his viewer and subscriber bases, and other sources of income. They caused him severe and lasting mental anguish and emotional distress.

9. [01:21:17] "And um yeah that's um, that's my story of um dealing with abuse, um psychological and domestic abuse, um sexual assault, and um stalking and being threatened on if you know I ever talked about it." This statement was false in that (1) Rinaudo did not psychologically abuse Schunk; (2) Rinaudo did not domestically abuse Schunk; (3) Rinaudo did not stalk Schunk; (4) Rinaudo did not sexually assault Schunk; and (5) Rinaudo did not threaten Schunk. These statements harmed Rinaudo by causing damage to his reputation, mental health, and livelihood. They deprived him of his then-present and future sponsorships, decreased his viewer and subscriber bases, and other sources of income. They caused him severe and lasting mental anguish and emotional distress.

Respectfully submitted,

**BURKE BOGDANOWICZ PLLC**

**AARON J. BURKE**
Texas Bar No. 24073977
*aaron@burkebog.com*
**JUDE T. HICKLAND**
Texas Bar No. 24065416
*jhickland@burkebog.com*
**J. COLLIN SPRING**
Texas Bar No. 24118989
*jspring@burkebog.com*

1201 Elm Street, Suite 4000
Dallas, Texas 75270
Tel/Fax 214.888.2824

**ATTORNEYS FOR PLAINTIFFS
MATTHEW MISRENDINO A/K/A
MATTHEW RINAUDO AND MIZKIF
ENTERPRISES LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been served on counsel for all parties having appeared in this matter via CM/ECF on August 10, 2026.

**J. COLLIN SPRING**

7