# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## AUSTIN DIVISION

|  |  |
|---|---|
| MATTHEW MISRENDINO a/k/a MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA, INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC., <br><br> Defendants. | **Case No. 1:25-cv-01773-RP** |

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party, defendant Emily Beth Schunk, through counsel, Jessica R. Corpuz,

_____ consents to having a United States Magistrate Judge preside over the trial in this case.

__X__ declines to consent to trial before a United States Magistrate Judge.

1

#5401229v1

DATED:  August 14, 2026

Respectfully submitted,

*/s/ Jessica R. Corpuz*

Jessica R. Corpuz
Admitted *Pro Hac Vice*
California Bar No. 279237
jcorpuz@weintraub.com
Carly M. Moran
Admitted *Pro Hac Vice*
California Bar No. 333661
cmoran@weintraub.com
**WEINTRAUB TOBIN CHEDIAK
COLEMAN GRODIN LAW
CORPORATION**
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
Telephone: (310) 858-7888
Facsimile: (310) 550-7191


Daniel H. Byrne
Texas Bar No. 03565600
dbyrne@fritzbyrne.law
**FRITZ BYRNE, PLLC**
402 West Seventh Street,
Austin, TX 78701
Telephone: (512) 476-2020

**ATTORNEYS FOR DEFENDANT
EMILY BETH SCHUNK**

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was electronically submitted to the Clerk of Court for the U.S. District Court, Western District of Texas, using the CM/ECF system. A true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing service in accordance with the Federal Rules of Civil Procedure on August 14, 2026.

*/s/ Jessica R. Corpuz*
Jessica R. Corpuz

#5401229v1