UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MATTHEW MISRENDINO a/k/a MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC, | § § § § | |
| Plaintiffs, | § § § | |
| | § | Civil Action No. 1:25-CV-01773 |
| v. | § § | |
| EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA INC d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC and KING GAMING LABS, INC., | § § § § § § | |
| Defendants. | § § | |

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following parties, Plaintiffs Matthew Risrendino a/k/a Matthew Rinaudo and Mizkif Enterprises, LLC, through the undersigned counsel

__ consents to having a United States Magistrate Judge preside over the trial in this case.

X  declines to consent to trial before a United States Magistrate Judge.

1

Respectfully submitted,

**BURKE BOGDANOWICZ PLLC**

**AARON J. BURKE**
Texas Bar No. 24073977
*aaron@burkebog.com*
**JUDE T. HICKLAND**
Texas Bar No. 24065416
*jhickland@burkebog.com*
**J. COLLIN SPRING**
Texas Bar No. 24118989
*jspring@burkebog.com*

1201 Elm Street, Suite 4000
Dallas, Texas 75270
Tel/Fax 214.888.2824

**ATTORNEYS FOR PLAINTIFFS
MATTHEW MISRENDINO A/K/A
MATTHEW RINAUDO AND MIZKIF
ENTERPRISES LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been served on counsel for all parties having appeared in this matter via CM/ECF on August 14, 2026.

**J. COLLIN SPRING**

2