**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

**MATTHEW MISRENDINO a/k/a MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC**,

Plaintiffs,

v.

**EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA, INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC.**,

Defendants.

**Case No. 1:25-cv-01773-RP**

**[PROPOSED] ORDER GRANTING DEFENDANT EMILY BETH SCHUNK'S MOTION TO STRIKE MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(E)**

Before the Court is Defendant Emily Beth Schunk's Motion to Strike More Definite Statement Pursuant to Fed. R. Civ. P. 12(e). Having considered the Motion, the relevant docket entries, and applicable law, the Court **GRANTS** the motion. The Court **STRIKES** the More Definite Statement (Dkt. No. 60) and orders Plaintiff to file a Second Amended Complaint with a simple, concise, and direct statement of his alleged claims against Defendant Schunk. If Plaintiff fails to do so in a timely manner, the Court will strike the First Amended Complaint (Dkt. No. 25) as to Defendant Schunk and dismiss the claims against her with prejudice.



#5419274v1

SO ORDERED on this _______ day of __________, 2026.

_________________________________
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was electronically submitted to the Clerk of Court for the U.S. District Court, Western District of Texas, using the CM/ECF system. A true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing service in accordance with the Federal Rules of Civil Procedure on August 24, 2026.

*/s/ Jessica R. Corpuz*
Jessica R. Corpuz



#5419274v1