**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MATTHEW MISRENDINO a/k/a MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC,** <br><br> **Plaintiffs,** <br><br> **EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC.,** <br><br> **Defendants.** | § § § § § § § § § § § § § § | **Civil Action No. 1:25-cv-01773** |

**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

TO THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE:

Matthew Misrendino a/k/a Matthew Rinaudo and Mizkif Enterprises, LLC ("Plaintiffs"), in the above captioned Case, hereby files this *Unopposed Motion to Substitute Counsel* and in support thereof would respectfully show the Court as follows:

1. On November 3, 2025, Plaintiffs filed an *Original Complaint* against Defendants Emily Beth Schunk, Zack Hoyt, OTK Media Inc. d/b/a One True King, Mythic Talent Management Inc. and King Gaming Labs, Inc.

2. Plaintiffs retained J. Collin Spring, Aaron J. Burke, Alexia Nicoloulias,[1] John Hunter Ralson, Jude T. Hickland of Burke Bogdanowicz PLLC to serve as their counsel.

3. Mr. Spring has relocated his practice from Burke Bogdanowicz PLLC to Condon Tobin Sladek Sparks Nerenberg, PLLC. Plaintiffs have elected to transfer their case with Mr. Spring.

[1] Ms. Nicoloulias is no longer associated with Burke Bogdanowicz PLLC and has relocated her practice to Kane Russell Coleman Logan PLLC. She has had no participation in this matter since her departure from Burke Bogdanowicz PLLC.

4. In addition to Mr. Spring, Plaintiffs now seek to substitute Stuart Cochran, Abigail Campbell, and Kyle Sadosky and the firm Condon Tobin Sladek Sparks Nerenberg, PLLC as counsel for all purposes in the stead of Aaron J. Burke, Alexia Nicoloulias, John Hunter Ralson, Jude T. Hickland.

5. Upon the Court's entry of an order approving this Motion, Aaron J. Burke, Alexia Nicoloulias, John Hunter Ralson, and Jude T. Hickland will withdraw as counsel for Plaintiffs for all purposes.

6. Defendants do not oppose the relief requested herein and Burke Bogdanowicz agrees to the substitution of counsel.

7. This Motion is not filed for purposes of delay, but so that justice may be done.

WHEREFORE, BASED UPON THE FOREGOING, Plaintiffs pray that the Court enter an Order: (i) approving the substitution of Stuart Cochran, Abigail Campbell, and Kyle Sadosky of the firm Condon Tobin Sladek Sparks Nerenberg, PLLC as counsel for Plaintiffs for all purposes; (ii) approving the withdrawal of Aaron J. Burke, Alexia Nicoloulias, John Hunter Ralson, Jude T. Hickland as counsel for Plaintiffs for all purposes; (iii) directing the clerk to update the docket to reflect Mr. Spring's updated firm affiliation; and (iii) awarding Plaintiffs such other and further relief as the Court deems equitable.

Dated: November 10, 2026

Respectfully submitted,

**CONDON TOBIN SLADEK SPARKS NERENBERG, PLLC**

*/s/J. Collin Spring*

Stuart Cochran
State Bar No. 24027936
scochran@condontobin.com
Abigail Campbell
State Bar No. 24098959
acampbell@condontobin.com
J. Collin Spring
State Bar No. 24118989
jspring@condontobin.com
Kyle Sadosky
State Bar No. 24156482
ksadosky@condontobin.com
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he corresponded with Jessica Corpuz, counsel for Defendant, and Defendant does not oppose the relief requested herein. The undersigned has also corresponded with Burke Bogdanowicz and they do not oppose the substitution of counsel.

*/s/ J. Collin Spring*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, a true and correct copy of the foregoing document was served electronically through the Court's ECF system.

*/s/ J. Collin Spring*