**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MATTHEW MISRENDINO a/k/a MATTHEW RINAUDO and MIZKIF ENTERPRISES, LLC,**<br><br>**Plaintiffs,**<br><br>**EMILY BETH SCHUNK, ZACK HOYT, OTK MEDIA INC. d/b/a ONE TRUE KING, MYTHIC TALENT MANAGEMENT INC. and KING GAMING LABS, INC.,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 1:25-cv-01773** |

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

**CAME ON** for consideration the *Motion to Substitute Counsel* (the "Motion") filed by Matthew Misrendino a/k/a Matthew Rinaudo and Mizkif Enterprises, LLC ("Plaintiffs"), the defendant in the above captioned case.

The Court, having considered the Motion and proper service thereof, finds that just cause exists to grant the relief requested in the Motion. Accordingly, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the docket shall reflect J. Collin Spring's firm affiliation of Condon Tobin Sladek Sparks Nerenberg, PLLC; and it is further

**ORDERED** that Stuart Cochran, Abigail Campbell and Kyle Sadosky and the firm Condon Tobin Sladek Sparks Nerenberg, PLLC shall succeed Aaron J. Burke, Alexia Nicoloulias, John Hunter Ralson, and Jude T. Hickland of Burke Bogdanowicz as Plaintiffs' counsel; and it is further

**ORDERED** that Aaron J. Burke, Alexia Nicoloulias, John Hunter Ralson, and Jude T. Hickland of Burke Bogdanowicz are hereby authorized to and do withdraw and are discharged as Plaintiffs counsel.

Agreed as to form and substance:

*/s/ J. Collin Spring*
Stuart Cochran
State Bar No. 24027936
scochran@condontobin.com
Abigail Campbell
State Bar No. 24098959
acampbell@condontobin.com
J. Collin Spring
State Bar No. 24118989
jspring@condontobin.com
Kyle Sadosky
State Bar No. 24156482
ksadosky@condontobin.com
**CONDON TOBIN SLADEK SPARKS NERENBERG, PLLC**
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311

**PROPOSED COUNSEL FOR PLAINTIFFS**

*/s/ Jude Hickland with permission*
Aaron J. Burke
Texas Bar No.
aaron@burkebog.com
John Hunter Ralston
Texas Bar No.
hralston@burkebog.com
Jude T. Hickland
Texas Bar No.
jhickland@burkebog.com
**BURKE BOGDANOWICZ PLLC**
1201 Elm Street, Suite 4000
Dallas, TX 75270
214-888-2824
Telephone: (214) 888-2824
Facsimile: (214) 888-2824

**FORMER COUNSEL FOR PLAINTIFFS**